FILED

2026 MAR 24   AM 9: 59

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

March 24, 2026

Case No. 1-23-cv-00037

Dear Clerk,

Enclosed please find a copy of the "exhibits" (#1-#20), ordered by the Court.

Respectfully Submitted,
Fredrick Zucker

# EXHIBIT

# 1



TENNESSEE DEPARTMENT OF CORRECTION

## PROBLEM ORIENTED – PROGRESS RECORD

SCCF

INSTITUTION

INMATE NAME: Tucker, Fredrick     INMATE NUMBER: 382662

| DATE | TIME/PLACE | PROB NO. | Circle, Check, or Write in the necessary information |
|------|-----------|----------|------------------------------------------------------|
| 10/5/21 | 1120 | S | C/O: (PAIN)  ACUTE  CHRONIC  Onset: 3 days ago |
| | | | Affected area: (R) hand |
| | | | Mechanism of Injury: "I hit a wall" |
| | | | Hx of (Injury) Recent surgery  Sickle cell  Recent oral sex  HTN  Migraines  Sinusitis  Malignancy |
| | | | Date and Time of Injury: 3 days ago |
| | | | Was Injury Work-Related: Yes (No) Work Area: ∅ |
| | | | Type and Date of Surgery: N/A |
| | | | Pain: 0 1 2 3 (4) 5 6 7 8 9 10 (Sharp) Dull Throbbing Cramp Constant (Intermittent) Radiating |
| | | | Worsened by: Movement & touch |
| | | | Associated symptoms: N / V  Malaise  Dizziness  Confusion  Drowsiness  Seizures  Visual changes |
| | | | (Decreased ROM)  Change in urine color  Pressure  Pain with:  Breathing  Urination  Swallowing |
| | | | Sinus complaints  Hoarse voice  Muscle aches / Stiffness / Spams  Light / Sound sensitivity  Paresthesia |
| | | | If Toothache; Sensitivity to:  Heat  Cold  Air  N/A |
| | | | Previous Interventions: N/A |
| | | | Is patient on anticoagulation therapy:  Yes (No) |
| | | | Other: States he hit a wall 3 days ago |
| | | O | Vital Signs: BP 120/72  P 90  T 97.2  RR 18  O2 Sat 98%  Wt. SS 210 lbs. |
| | | | Allergies: NKDA |
| | | | General appearance: (AAO x 3) (Calm) Anxious  Agitated  Lethargic  Grimacing  Crying |
| | | | (Stands w/o difficulty)  Unable to stand erect  Unable to bear Wt  Able to touch chin to chest: (Yes) No |
| | | | Skin: (Warm) Cool  Dry  Moist  Clammy  Diaphoretic |
| | | | Facial symmetry: (Yes) No  Pupils: (ERRLA) Unequal  R____mm  L____mm |
| | | | Oral: Visual evidence of tooth decay N/A  Evidence of trauma  Redness  Edema  Drainage |
| | | | Throat: (Normal)  Red  Inflamed  White patches  Pustules  Enlarged tonsils  Sputum |
| | | | Neck glands: (WNL)  Swollen  Tender to palpitation  Sinus tenderness:  Yes (No) |

Lareia Pitts LPN

Case 1:23-cv-00037     Document 112     Filed 03/24/26     Page 3 of 102 PageID #: 1162

Do Not Write on Back



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

3CCF
_____
INSTITUTION

INMATE NAME: Tucker, Frederick      INMATE NUMBER: 382662

| DATE | TIME/PLACE | PROB NO. | Circle, Check, or Write in the necessary information |
|------|------------|----------|------------------------------------------------------|
| 10/5/21 | 1120 | O cont | Ear exam: WNL  Bulging Tympanic membrane  Red Tympanic membrane  Drainage present |
| | | | Pinna tender  No  Right  Left  Bilateral |
| | | | Respirations: Normal  Labored  Deep  Shallow  Rapid  Audible wheezing Nasal flaring |
| | | | Accessory muscle use Expiratory grunt Stridor |
| | | | Lung sounds upon auscultation  Clear  Crackles  Wheezes  Rhonchi  Diminished |
| | | | RUL RLL LUL LLL  All fields  Bilateral  Anterior  Posterior |
| | | | Color Pink Flushed Pallor Cyanotic Ashen Jaundiced Other. |
| | | | Extremity Weakness: Yes No  Location: (R) hand |
| | | | Distal Pulse: Present Unable to Palpate Even Uneven Strong Weak  Capillary refill: < 3 secs > |
| | | | Sensation  Intact  Diminished Location |
| | | | Edema: 1+  2+  3+  Pitting Location: ∅ |
| | | | Explanation/Description of abnormal findings / Other: Bruising noted on (R) hand |
| | | A | Pain R/T possible injury  Other: |
| | | P | Providers consulted d/t: |
| | | | ☐ Abnormal VS (BP > 160 systolic or 100 diastolic, T>101, P>100, Pain >7) |
| | | | ☐ Abnormal results from dipstick UA |
| | | | ☐ Recent injury, stiff neck, headache |
| | | | ☐ Change in mental status / any neuro-deficit |
| | | | ☐ N/V, dizziness, fever |
| | | | ☐ Visual disturbances, unequal pupils, redness to one eye |
| | | | ☐ Focal weakness/numbness or facial asymmetry |
| | | | ☑ Edema/discoloration |
| | | | ☐ Foot drop/weakness/loss of sensation |
| | | | ☐ HIV +, high risk, or prior malignancy |

CR-1884 (Rev. 5-01)          Printed or Duplicate as Needed          RDA 1100

*Do Not Write on Back*



# TENNESSEE DEPARTMENT OF CORRECTION

## PROBLEM ORIENTED – PROGRESS RECORD

SCF

INSTITUTION

INMATE NAME: Tucker, Frederick

INMATE NUMBER: 382662

| DATE | TIME/PLACE | PROB NO. | Circle, Check, or Write in the necessary information |
|---|---|---|---|
| 9/5/21 | 1120 | P cont | ☐ New onset and >40 years old |
| | | | ☐ Impaired neurovascular status |
| | | | ☐ Mechanism of injury suggesting hidden trauma |
| | | | ☐ Severe sudden "flash" headaches associated with· |
| | | | ☐ Patient states, "worst headache of their life" |
| | | | ☐ Headache associated with scalp, temple, or jaw pain |
| | | | ☐ Sore throat and/or fever persisting longer than 48 hours |
| | | | ☐ Sore throat with difficulty breathing or swallowing; Excessive drooling |
| | | | ☐ Possible Strep Throat: <35 y/o, Red throat, Fever, tender cervical nodes, No cold symptoms, White patches on back of throat |
| | | | ☐ Suspect mononucleosis· Sore throat, fever, swollen cervical glands, malaise/fatigue and right upper quadrant tenderness |
| | | | ☐ Other: |
| | | | **Orders per Provider:** 3 view (L) hand X-ray Secondary to trauma. |
| | | | **Nursing Interventions:** |
| | | | ☐ Dipstick UA for c/o flank pain / lower back pain/ pain with urination or change in color of urine |
| | | | ☐ Ibuprofen 200mg, 2 tabs (400mg) by mouth, 3 times a day PRN X 4 days, dose by dose at medication window |
| | | | ☐ Acetaminophen 325 mg, 2 tabs (650mg) by mouth 3 times a day PRN x4 days, dose by dose at medication window |
| | | | ☐ For C/O HA instructed to keep journal of activities prior to onset of HA and attempt to avoid these triggers |
| | | | ☐ For C/O Sore Throat patient education r/t salt water gargles PRN for throat discomfort (1/2 tsp. salt in 8 oz warm water). |
| | | | ☑ Other: Inmate has current Kop for Ibuprofen r/t pain. |
| | | | ☐ Patient admitted to the infirmary for further evaluation and Tx |
| | | | ☐ Patient placed in observation in the infirmary for monitoring |

CR-1884 (Rev 5-01)    *Printed or Duplicate as Needed*    RDA 1100

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 5 of 102 PageID #: 1164

*Do Not Write on Back*



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

SCCF

INSTITUTION

INMATE NAME: _Tucker, Fredrick_          INMATE NUMBER: _3826662_

| DATE | TIME/PLACE | PROB NO. | Circle, Check, or Write in the necessary information |
|------|------------|----------|------------------------------------------------------|
| 3/5/21 | 1120 | P cont | ☐ Patient discharged to unit |
| | | | ☐ LAN issued X    days; Details: |
| | | | ☐ Pt instructed: on all medications issued; to RTC on sick call if symptoms persists more than 48 hrs. Voiced understanding of all education / instructions given |
| | | | ☐ Back pain hand out given |
| | | | ☐ Scheduled for Follow Up appointment  DATE._____  TIME:_____ |
| | | | ☐ Patient to transfer to _____ ED via _____ for further eval and tx |
| | | | Report called to: |
| | | | VS at time of transfer.  BP    P    T    RR    O2 Sat |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Do Not Write on Back*

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 6 of 102 PageID #: 1165

# EXHIBIT

# 2

# Progress/Clinic Notes



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED PROGRESS RECORD

*SCCF*

INSTITUTION

NAME _Tucker, Fredrick_     TDOC NUMBER: _382662_

| DATE | TIME | |
|------|------|---|
| 2/ | 0410 | S-Medication/Treatment noncompliance counseling |
| | | O-inmate present for prescribed treatment noncompliance counseling for the following |
| | | *CCE + meds* |
| | | inmate educated on the KOP and pill pass process, the health risks of refusing medication(s)/treatment |
| | | noncompliance including, but not limited to. deterioration of health status, |
| | | and the potential consequence of discontinuation of service(s) with continues noncompliance. |
| | | Inmate verbalized understanding. |
| | | A-Education Reinforcement |
| | | P-Further infractions of noncompliance of provider prescribed treatment will be monitored, documented, |
| | | and a referral made to the appropriate provider for counseling, per policy. Persistent medication/ |
| | | treatment noncompliance may result in the discontinuation of service(s) by the prescribing provider |
| | | *CCE complete* |
| | | Dr. Elaina Rodela, MD |
| | | Date 2/17/21 |
| | | 1410 |
| 2/ | 0800 | I/M to medical for BP check  BP 126/84  HR 85 |
| | | MD arr |

Do Not Write on Back



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

SCCF
_____
INSTITUTION

INMATE NAME: Tucker Frederick          TDOC NUMBER: 382662

| DATE | TIME | |
|------|------|---|
| 8/9/2021 | 0840 | S-Medication/Treatment noncompliance counseling |
| | | O-Inmate present for prescribed treatment noncompliance counseling for the following: |
| | | CC/CCC Meds |
| | | Inmate educated on the KOP and pill pass process, the health risks of refusing medication(s)/treat |
| | | noncompliance including, but not limited to deterioration of health status, |
| | | and the potential consequence of discontinuation of service(s) with continues noncompliance. |
| | | Inmate verbalized understanding. |
| | | A-Education Reinforcement Compliant |
| | | P-Further infractions of noncompliance of provider prescribed treatment will be monitored, document |
| | | and a referral made to the appropriate provider for counseling, per policy. Persistent medication/ |
| | | treatment noncompliance may result in the discontinuation of service(s) by the prescribing provide |
| | | CC Completed. Sharee Dean, ACNP-BC  Sharee Dean, ACNP<br>Date:_____<br>Time:_____<br>SCCF |
| 9/7/21 | 1325 | 20% chart review completed<br>for month of _8/2021_<br>Luina Rodela, MD |

Do Not Write on Back

TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED - PROGRESS RECORD



SCCF

INSTITUTION

INMATE NAME Tucker, Frederick    TDOC NUMBER. 38262

| DATE | TIME | |
|------|------|---|
| 10/12/21 | 1705 | X-Ry (0)red g 5th Dist for see Orders.<br>Sharee Dean, ACNP-BC<br>Date:<br>Time:_____ Shares very Acut-B<br>SCCF |
| 10-19-21 | SCeP<br>0400 | Unmate spoke with about fracture to navel and continues to refuse OST — Heather Banks, RN |
| 12-1-21 | 1300 | I/M refud labs. See CR1984 for LPN   Jessica McVey, LPN |
| 2-22-22 | 1030 | I/M called to medical for cll oph I/M did not report<br>To reschedule ASAP        Jessica McVey, LPN |
| 3-7-22 | 1600 | I/M refud cll opt. See CR 1984. mp own sr<br>N/O        Jessica McVey, LPN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Do Not Write on Back*

CR-1884 (Rev 03-2017)    Printed or Duplicate as Needed    RDA 1100



# TENNESSEE DEPARTMENT OF CORRECTION
## HEALTH SERVICES
### REFUSAL OF MEDICAL SERVICES

INSTITUTION: **SCuF**

Date **10-19-21** 20____     Time **0400** AM/PM

This is to certify that I **Fredrick Jucker**, **382662**

have been advised that I have been scheduled for the following medical services and/or have been advised to have the following evaluations, treatment, or surgical/other procedures

**Refuses to go to OSA for Sports ortho and Spine related to Fracture**

I am refusing the above listed medical services against the advice of the attending physician and/or the health services staff. I acknowledge that I have been informed of the risks involved by my refusal and I hereby release the State of Tennessee, Department of Correction, and their employees from all responsibility for any ill effects which may be experienced as a result of this refusal. I also acknowledge this medical service may not be made readily available to me in the future unless an attending physician certifies my medical problem as a medical emergency.

Signed: _____   _____   _____
         (Inmate)                 (TDOC ID)        (Date)

Witness _____   _____   _____
         (Signature)              (Title)           (Date)

The above information has been read and explained to,

**Fredrick Jucker 382662** but has refused to sign
   (Inmate's Name)           (TDOC ID)

the form) **Heather Banks, RN**

Witness **Heather Banks**   **RN**   **10-19-21**
         (Signature)             (Title)           (Date)

Witness **c/o Walsh**   _____   **10-19-21**
         (Signature)             (Title)           (Date)



# TENNESSEE DEPARTMENT OF CORRECTION
## HEALTH SERVICES
## REFUSAL OF MEDICAL SERVICES

INSTITUTION: **SCCF**

This is to certify that I **Tucker, Frederick** Date **12-1**-20**21** Time **1300** AM/PM **382662**

have been advised that I have been scheduled for the following medical services and/or have been advised to have

diagnostic evaluations, treatment or surgical/other procedures

**labs**

I am refusing the above listed medical services against the advice of the attending physician and/or the health services staff. I acknowledge that I have been informed of the risks involved by my refusal and hereby release the State of Tennessee, Department of Correction, and their employees from all responsibility for any ill effects which may be experienced as a result of this refusal. I also acknowledge this medical service may not be made readily available to me in the future unless an attending physician certifies my medical problem as a medical emergency.

Signed _____ **382662** **12-1-21**
(Inmate)     (TDOC ID)     (Date)

Witness _____ **LPN** **12-1-21**
(Signature)     (Title)     (Date)
**Jessica McVey, LPN**

The above information has been read and explained to,

_____ _____ but has refused to sign
(Inmate's Name)     (TDOC ID)
the form.

Witness _____ _____ _____
(Signature)     (Title)     (Date)

Witness. _____ _____ _____
(Signature)     (Title)     (Date)

Distribution: Medical Record     RDA 1459



X B 2,

# TENNESSEE DEPARTMENT OF CORRECTION
## HEALTH SERVICES
## REFUSAL OF MEDICAL SERVICES

INSTITUTION: _SCCF_

Date _3-7_ 20 _22_ Time _1600_ AM/PM

This is to certify that I _Tucker, Fredrick_ _382662_

have been advised that I have been scheduled for the following medical services and/or have been advised to have

the following evaluations, treatment, or surgical/other procedures:

_Accept_

I am refusing the above listed medical services against the advice of the attending physician and/or the Health Services staff. I acknowledge that I have been informed of the risks involved by my refusal and hereby release the State of Tennessee, Department of Correction, and their employees from all responsibility for any ill effects which may be experienced as a result of this refusal. I also acknowledge this medical service may not be made readily available to me in the future unless an attending physician certifies my medical problem as a medical emergency.

Signed: X _Fredrick Tuck_ _383602_ _3/7/22_
(Inmate) (TDOC ID) (Date)

Witness: _Cam Koblamm_ _med director_ _3/8/22_
(Signature) (Title) (Date)

The above information has been read and explained to,

_____ _____ but has refused to sign
(Inmate's Name) (TDOC ID)
the form

Witness _____ _____ _____
(Signature) (Title) (Date)

Witness: _____ _____ _____
(Signature) (Title) (Date)

CR-1984 (Rev 8-19) Duplicate As Needed RDA 1458

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 14 of 102 PageID #: 1173



# TENNESSEE DEPARTMENT OF CORRECTION
## HEALTH SERVICES
## REFUSAL OF MEDICAL SERVICES

INSTITUTION. _____ SCCF _____

Date 5/25 20 22 Time 070 AM/PM

This is to certify that I _Tucker,_ _382662_ _XB 2/8_

have been advised that I have been scheduled for the following medical services and/or have been advised to have

the following evaluations, treatment, or surgical/other procedures

_Refused CCC appointment_

I am refusing the above listed medical services against the advice of the attending physician and/or the health services staff. I acknowledge that I have been informed of the risks involved by my refusal and hereby release the State of Tennessee, Department of Correction, and their employees from all responsibility for any ill effects which may be experienced as a result of this refusal. I also acknowledge this medical service may not be made readily available to me in the future unless an attending physician certifies my medical problem as a medical emergency

Signed _____  _382662_  _5/25/22_
        (Inmate)                    (TDOC ID)    (Date)

Witness _Janet Pitts_____  _RN._      _5/25/22_
        (Signature)                (Title)     (Date)

The above information has been read and explained to,

_____  _____ but has refused to sign
        (Inmate's Name)                  (TDOC ID)
the form.

Witness _____  _____  _____
        (Signature)                (Title)          (Date)

Witness _____  _____  _____
        (Signature)                (Title)          (Date)

RDA 1459



# TENNESSEE DEPARTMENT OF CORRECTION
## HEALTH SERVICES
## REFUSAL OF MEDICAL SERVICES

INSTITUTION·  **SCCF**

Date 5/25/2022 20____     Time 0800 (AM/PM)

This is to certify that I **Tucker Fredrick**_____, **382602**____

have been advised that I have been scheduled for the following medical services and/or have been advised to have

the following evaluations treatment or surgical/other procedures

**pna/ pna labs) prostate-rectal exam**

I am refusing the above listed medical services against the advice of the attending physician and/or the health services staff. I acknowledge that I have been informed of the risks involved by my refusal and hereby release the State of Tennessee, Department of Correction, and their employees from all responsibility for any ill effects which may be experienced as a result of this refusal. I also acknowledge this medical service may not be made readily available to me in the future unless an attending physician certifies my medical problem as a medical emergency

Signed. _____   382602   5/25/22
(Inmate)     (TDOC ID)   (Date)

Witness _____   LPN   5/25/2022
(Signature)     (Title)   (Date)

The above information has been read and explained to,

_____  _____ but has refused to sign
(Inmate s Name)     (TDOC ID)
the form

Witness _____   _____   _____
(Signature)     (Title)   (Date)

Witness _____   _____   _____
(Signature)     (Title)   (Date)

RDA 1460



# TENNESSEE DEPARTMENT OF CORRECTION
## HEALTH SERVICES
## REFUSAL OF MEDICAL SERVICES

INSTITUTION: __S.CeC.cE.__

Date __6/1/22__ 20____     Time _____ AM/PM

This is to certify that I __Fredrick Tucker_____

have been advised that I have been scheduled for the following medical services and/or have been advised to have

the following evaluations, treatment or surgical/other procedures

__Optometry Appt._____

_____

_____

☑ I am refusing the above listed medical services against the advice of the attending physician and/or the health services staff. I acknowledge that I have been informed of the risks involved by my refusal and hereby, release the State of Tennessee, Department of Correction, and their employees from all responsibility for any ill effects which may be experienced as a result of this refusal. I also acknowledge this medical service may not be made readily available to me in the future unless an attending physician certifies my medical problem as a medical emergency

Signed __Fredrick Tucker__          __382602__          __6/1/22__
           (Inmate)                       (TDOC ID)                (Date)

Witness __Melonie Williams__          __LPN__          __6-1-22__
             (Signature)                   (Title)             (Date)

The above information has been read and explained to,

_____     _____ but has refused to sign
       (Inmate's Name)                      (TDOC ID)
the form:

Witness _____     _____     _____
             (Signature)                   (Title)             (Date)

Witness _____     _____     _____
             (Signature)                   (Title)             (Date)

Distribution: As Needed          RDA 1459

XB218



# TENNESSEE DEPARTMENT OF CORRECTION
## HEALTH SERVICES
## REFUSAL OF MEDICAL SERVICES

INSTITUTION: _SCCF_

Date _9-7_ 20 _22_  Time _____ AM/PM

This is to certify that I _Tucker_ _382662_

have been advised that I have been scheduled for the following medical services and/or have been advised to have

the following evaluations, treatment, or surgical/other procedures

_CCC- passes sent, called for - refused to report to medical to be seen._

   I am refusing the above listed medical services against the advice of the attending physician and/or the Health Services staff. I acknowledge that I have been informed of the risks involved by my refusal and hereby, release the State of Tennessee, Department of Correction, and their employees from all responsibility for any ill effects which may be experienced as a result of this refusal. I also acknowledge this medical service may not be made readily available to me in the future unless an attending physician certifies my medical problem as a medical emergency

Signed _____  _382662_  _9/7/22_
            (Inmate)                 (TDOC ID)            (Date)

Witness: _Janet Pitts_  _RN._  _____
            (Signature)              (Title)             (Date)

The above information has been read and explained to,

_____  _____ but has refused to sign
        (Inmate's Name)             (TDOC ID)
the form.

Witness: _____  _____  _____
            (Signature)         (Title)          (Date)

Witness. _____  _____  _____
            (Signature)         (Title)          (Date)

CR-1984 (Rev 8-19)           Duplicate As Needed           RDA 1458

Case 1:23-cv-00037   Document 112   Filed 03/24/26   Page 18 of 102 PageID #: 1177



# TENNESSEE DEPARTMENT OF CORRECTION
## PROBLEM ORIENTED – PROGRESS RECORD
### SCCF
#### INSTITUTION

INMATE NAME: __Tucker, Fredrick__   TDOC ID: __382662__

| DATE | TIME | |
|------|------|---|
| 11-22 | 1500 | (S)- Medication/treatment non-compliance counseling |
| | | (O)- Inmate present for prescribed treatment non-compliance counseling for the following: |
| | | *Medications/ CCC* |
| | | (A)- Non-Compliance/Potential for Non-Compliance |
| | | (P)- Further infractions of non-compliance of prescribed medication/treatment will be |
| | | monitored, documented, and result in a referral made to the appropriate provider for |
| | | counseling per policy.  Persistent medication/treatment non-compliance may result in the |
| | | discontinuation of service(s) by the prescribing provider. |
| | | (E)- Inmate educated on the KOP and pill pass processes, the health risks of medication/ |
| | | treatment non-compliance, including, but not limited to, deterioration of health status. |
| | | Inmate also educated on the potential consequence of discontinuation of service(s) with |
| | | continued non-compliance.  Inmate verbalized his understanding of this medication/treat- |
| | | ment non-compliance counseling/education. |
| | | Pt refuses CCC and all medication discussed the importance of Med Compliance, continues to refuse treatment, States full understanding of refusal. Discussed at length, risk involved c noncompliance of Meds and DC'ing Medication (including permeant debility and death) pt verbalizes understanding Request to proceed c D/C anyways |
| | | Dr. Lora Ryzhkova MD |

*Do Not Write on Back*

*Printed or Duplicate as Needed*

CR-1884 (Rev. 08-2019)   RDA 1485

## NURSE DEAM



**TENNESSEE DEPARTMENT OF CORRECTION**

SICK CALL REQUEST
(SOLICITUD POR SERVICIOS DE SALUD)

S.C.C.F

INSTITUTION (INSTITUCIÓN)



FOR MEDICAL/MENTAL HEALTH USE ONLY
DATE RECEIVED:
TIME RECEIVED:

Print Name (Escriba su nombre): **Fredrick Tucker**       Date of request (fecha de solicitud): **12/27/22**

ID# **382662**       (fecha de nacimiento): **5/14/75**       (Unidad de Vivienda) **X1B218**

Date of Birth       Housing Location

Nature of problem or request (Naturaleza del problema): **need chronic care medications (out) and request for prostate/colon exam.**

I request to see (Le pido que vea):    Medical (Medico) ☑    Dental ☐    Mental Health ☐

*Fredrick Tucker*

Signature (firma)

---

PLACE THIS SLIP IN THE MEDICAL REQUEST BOX.     *DO NOT WRITE BELOW THIS LINE.*
PON ESTA SOLICITUD PARA SER TRATADO POR EL PERSONAL DE SALUD POR LAS CONDICIONES DESCRITAS EN LA CAJA MEDICA
*(NO ESCRIBA DEBAJO DE ESTA LINEA).*

Triaged by: _____    Referred to: (Circle one):  Nurse   Mid-level   Physician   MH   Dental

Specialty Clinic: _____    Other _____

CR-3793     **Will add Back to CCC log and See within 30days on CCC. (per provider)**     RDA 1167



# TENNESSEE DEPARTMENT OF CORRECTION
## PROBLEM ORIENTED – PROGRESS RECORD

SCCF
INSTITUTION

INMATE NAME: Tucker, Fredrick          TDOC ID: 382662

| DATE | TIME | |
|------|------|---|
| | | (S)- Medication/treatment non-compliance counseling |
| | | (O)- Inmate present for prescribed treatment non-compliance counseling for the following: |
| | | |
| | | (A)- Non-Compliance/Potential for Non-Compliance |
| | | (P)- Further infractions of non-compliance of prescribed medication/treatment will be |
| | | monitored, documented, and result in a referral made to the appropriate provider for |
| | | counseling per policy. Persistent medication/treatment non-compliance may result in the |
| | | discontinuation of service(s) by the prescribing provider. |
| | | (E)- Inmate educated on the KOP and pill pass processes, the health risks of medication/ |
| | | treatment non-compliance, including, but not limited to, deterioration of health status. |
| | | Inmate also educated on the potential consequence of discontinuation of service(s) with |
| | | continued non-compliance. Inmate verbalized his understanding of this medication/treat- |
| | | ment non-compliance counseling/education. |
| 1-24-22 | 0910 | ~Inmate is refuseing to report to medical for CCC after refuseing and waslitons on cc then writing a sick call request. Medication explained to inmate the Doctor would have to see her to give medication. state "the Doctor Can come to me." Will reschedule Janet Pitts RN. |
| | | Janet Pitts, RN |

Do Not Write on Back

CR-1884 (Rev. 08-2019)          Printed or Duplicate as Needed          RDA 1485

000329



INMATE NAME: _Tucker, Fredrick_    TDOC ID: _382662_

| DATE | TIME | |
|---|---|---|
| 2-7-23 | 0838 | S. Inmate for scheduled lab as ordered on 1-31-23 by _Dean_ |
| | | O. Blood obtained from L/R/hand/AC/other |
| | | Needle/ 21G / 23GButterflyX    Stick(s) _UA draw_ |
| | | Inmate tolerated procedure well / not well |
| | | A. Scheduled Lab draw |
| | | P. Informed inmate that lab results will be reviewed by provider |
| | | Inmate verbalized understanding of plan of care |
| | | Lab results will be placed on chart and flagged for provider review |
| | | _Jessica McVey LPN_ |
| | | |
| | | |
| | | |
| 2/9/2023 | 1230 | 20% chart review completed for month of _2/10/2023_    _Lora Ryzhkova MD_ |
| | | Dr. Lora Ryzhkova MD |
| 2-13-23 | 0854 | lab results in chart _____ |
| 2-14-23 | 74 | Labs Noted. Discuss at CCC _____ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Do Not Write on Back*

CR-1884 (Rev. 08-2019)     *Printed or Duplicate as Needed*     RDA 1458



# TENNESSEE DEPARTMENT OF CORRECTION
## HEALTH SERVICES
## REFUSAL OF MEDICAL SERVICES



INSTITUTION: ___S C C F.___

Date __5|12__ 20 __23__     Time _____ AM/PM

This is to certify that I _____(Inmate's Name) TUCKER___, _____ (TDOC ID) 382662

have been advised that I have been scheduled for the following medical services and/or have been advised to have

the following evaluations, treatment, or surgical/other procedures.

_____

_____

_____

    I am refusing the above listed medical services against the advice of the attending physician and/or the Health Services staff. I acknowledge that I have been informed of the risks involved by my refusal and hereby release the State of Tennessee, Department of Correction, and their employees from all responsibility for any ill effects which may be experienced as a result of this refusal. I also acknowledge this medical service may not be made readily available to me in the future unless an attending physician certifies my medical problem as a medical emergency

Signed __Arcuirk Jucken__     __382662__     __5|12/23__
       (Inmate)     (TDOC ID)     (Date)

Witness. _____     _____     _____
      (Signature)     (Title)     (Date)

The above information has been read and explained to,

_____     _____ but has refused to sign
   (Inmate's Name)     (TDOC ID)
the form.

Witness. _____     _____     _____
      (Signature)     (Title)     (Date)

Witness _____     _____     _____
      (Signature)     (Title)     (Date)

CR-1984 (Rev 8-19)          Duplicate As Needed          RDA 1458

000269



TENNESSEE DEPARTMENT OF CORRCTION

PROBLEM ORIENTED — PROGRESS RCORD

SCCF

INSTITUTION

INMATE NAME: _Tucker, Fredrick_ TDOC ID: _382667_

| DATE | TIME | |
|------|------|---|
| | | (S)- Medication/treatment non-compliance counseling |
| | | (O)- Inmate present for prescribed treatment non-compliance counseling for the following: |
| | | |
| | | (A)- Non-Compliance/Potential for Non-Compliance |
| | | (P)- Further infractions of non-compliance of prescribed medication/treatment will be |
| | | monitored, documented, and result in a referral made to the appropriate provider for |
| | | counseling per policy. Persistent medication/treatment non-compliance may result in the |
| | | discontinuation of service(s) by the prescribing provider. |
| | | (E)- Inmate educated on the KOP and pill pass processes, the health risks of medication/ |
| | | treatment non-compliance, including, but not limited to, deterioration of health status. |
| | | Inmate also educated on the potential consequence of discontinuation of service(s) with |
| | | continued non-compliance. Inmate verbalized his understanding of this medication/treat- |
| | | ment non-compliance counseling/education. |
| 6/19/23 | 1015 | Refused to report to Medical per COC. Will reschedule — Janet Pitts RN. |
| | | Janet Pitts, RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Do Not Write on Back

CR-1884 (Rev. 08-2019)    Printed or Duplicate as Needed    RDA 1485

000318

# EXHIBIT

# 3

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC  20543-0001

May 10, 2023

Frederick Leon Tucker
#382662
P.O. Box 219
555 Forrest Ave.
Clifton, TN 38425-0279

    RE: Fredrick Leon TUcker
       USCA6 No. 22-5785

Dear Mr. Tucker:

    The above-entitled petition for a writ of certiorari was postmarked April 24, 2023 and received May 4, 2023.  The papers are returned for the following reason(s):

    The denial of authorization by a court of appeals to file a second or successive petition for writ of habeas corpus may not be reviewed on certiorari.  See 28 USC Section 2244(b)(3)(E).

                     Sincerely,
                     Scott S. Harris, Clerk
                     By:
                     Jacob Levitan
                     (202) 479-3392

Enclosures

# EXHIBIT

# 4

h. Staff may encounter circumstances wherein an inmate's healthcare agent is deceased, incapacitated, unavailable, unresponsive, or (in the opinion of the provider) has wrongfully refused treatment In these cases, the Health Services Administrator/designee shall advise the Warden/Superintendent and request that the Deputy Commissioner/General Counsel determine whether a different agent shall be identified or appointed.

i. <u>Minor inmates (Inmates under 18)</u>: Minors in the custody of the TDOC may consent to their own treatment. However, the exception occurs when a minor inmate appears to the health care provider to be incapable of consenting to a non-emergency treatment or procedure due to his/her lack of maturity and understanding. In this case, the health care provider shall attempt to obtain the written consent of the minor's parent or guardian. If the parent or guardian is unavailable or, in the opinion of the health care provider, wrongfully refuses treatment for the minor, the health administrator shall advise the Warden/Superintendent and request that the TDOC Deputy Commissioner/General Counsel determine if legal process is necessary to provide continuing treatment. Emergency treatment may be provided to a minor inmate without effective consent pursuant to Section VI. (A)(2) of this policy.

B. <u>Refusal of Treatment</u>:

1. When an inmate chooses to refuse an examination, treatment, medication, or procedure, a licensed health professional must advise the inmate of the potential health consequences of this refusal. The health professional shall have the inmate acknowledge the consequences and the act of refusal by signing the Refusal of Medical Services, CR-1984. The licensed health professional shall sign the CR-1984 as a witness to the refusal. Documentation shall demonstrate that the inmate has been advised of potential health consequences. The health professional shall notify the provider who ordered the treatment and document the refusal and provider notification in the medical record on the Problem Oriented-Progress record, CR-1884.

2. If an inmate refuses to sign CR-1984, the health care provider shall write "inmate refuses to sign" The form shall be signed by the health care professional and another staff witness.

3. In the event an inmate refuses an offsite appointment, the health staff shall immediately notify the DSNF Scheduler, the utilization management entity, the Central Dispatch Office (if applicable), and the sending/receiving institution.

4. Generally, if an inmate refuses an outpatient appointment, he/she shall not be transported to the appointment or the facility closest to the appointment unless the referring physician deems the appointment/procedure to be of urgent importance. (See Policy #113 12) Such exceptions shall be considered if the inmate's health and well-being are likely to deteriorate significantly without medical intervention, or if the facility's ability to effectively manage the inmate's care will be diminished without such intervention.

Case 1:23-cv-00037  Document 112  Filed 03/24/26  Page 28 of 102 PageID #: 1187

# EXHIBIT

# 5

Case 1:23-cv-00037     Document 112     Filed 03/24/26     Page 29 of 102 PageID #: 1188

ą937



_____ Correction

*XB-218*

Inmate Name: _Fredrick Tracker_    TDOC Number: _38 7662_

Institution: _SCP_    Housing Unit: _2B 218_

Institution Grievance Number: _28524_    TOMIS Grievance Number: _348968_

Commissioner's Response and Reasons:

The standardized approved methods for Tennessee Department of Correction (TDOC) staff to search visitors, employees, inmates, inmates housing units, and other areas of the facility is outlined in TDOC Policy 506.06. This includes inmates housed in privately managed facilities. You have failed to support your allegations that the staff at SCCF is not following these procedures.

☐  Concur with Warden    ☐ Concur with Supervisor    ☑ Appeal Denied

_10-04-2021_    _(signature)_
Date    Deputy Commissioner of Operations

DS-1A

Department of Correction • 6° Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville TN 37243 • Tel 615-253-8189 • Fax 615-253-1668 • tn.gov/Correction



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

Tucker, Fredrick     382662     SCCF XB248     28504/348968
NAME        NUMBER      INSTITUTION & UNIT     GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee _____

Inmate Grievance Committee's Response and Reasons _No hearing due to being inappropriate per Policy 501.01 Sec VI c-1 7 day limitation._

6-24-21 _____ _Leigh Stage_ _____
DATE          CHAIRMAN         MEMBER

MEMBER            MEMBER           MEMBER

Warden's Response     Agrees with Proposed Response    ☑

Disagrees with Proposed Response    ☐

If Disagrees, Reason(s) for Disagreement _____

Action Taken _____

DATE _____ WARDEN'S SIGNATURE _____

Do you wish to appeal this response?    ✓ YES     ____ NO

If yes    Sign, date, and return to chairman for processing   Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired

_____     7.30.21     _____
GRIEVANT           DATE         WITNESS

Commissioner's Response and Reason(s). _____

_____

DATE _____         SIGNATURE _____

Distribution Upon Final Resolution

     White - Inmate Grievant    Canary – Warden    Pink - Grievance Committee    Goldenrod - Commissioner

INP|STP
u|m Pugh



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

Fredrick Tucker                     382662                SCCF V1B218
NAME                                NUMBER               INSTITUTION & UNIT

DESCRIPTION OF PROBLEM. feeling threatented with retaliation for filing

grievance(s).

REQUESTED SOLUTION to be able to utilize grievance process absent reprisal/

retaliation from staff. No further acts of retaliation per Policy V

501.01.

Fredrick Tucker                                          5/31/21
Signature of Grievant                                    Date

══════════════════════════════════════════════════════

### TO BE COMPLETED BY GRIEVANCE CLERK

28504/348968              6-9-21              Leigh Stagg
Grievance Number          Date Received       Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE:

AUTHORIZED EXTENSION:
                          New Due Date                   Signature of Grievant

══════════════════════════════════════════════════════

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: Offenders cell was searched per u'm Pugh as was seven other cells. It was not done as retaliation

Chairperson's Response and Reason(s) Deemed inappropriate per Policy 501.01 Sec VI C-f 7day limitation

DATE: 6-9-(21) 6-17-21 /CHAIRPERSON: Leigh Stagg

Do you wish to appeal this response?  ___ YES  ___ NO

If yes: Sign, date and return to chairman for processing within five (5) days of receipt of first-level response

[signature]                 6/22/21              Leigh Stagg
GRIEVANT                    DATE                  WITNESS

Distribution Upon Final Resolution

White  Inmate Grievant   Canary  Warden   Pink  Grievance Committee   Goldenrod  Commissioner (if applicable)
CR-1394 (Rev. 3-00)                          Page 1 of 2                          RDA 3210



# TENNESSEE DEPARTMENT OF CORRECTION

## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 6-9-21

Please respond to the attached grievance, indicating any action taken.

Date Due: 6-14-21

| 28504 /348968 | Tucker Frederick | 382662 |
|---|---|---|
| Grievance Number | Inmate Name | Inmate Number, |

Offender's cell was searched along with seven other random cell searches that was per Unit Manager request and not for retaliation for past grievances. See SIC attached.

_____  SIGNATURE

11-14-7021  DATE

White - Inmate Grievant    Canary – Warden    Pink -- Grievance Committee    Goldenrod – Commissioner

CR-3148 (Rev 3-00)

5-1C

# INCIDENT STATEMENT

| Facility | J Co r | | Incident Number | |
|---|---|---|---|---|

| Incident Date | | Incident Time (HRS) | |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| J Carroll | 406690?? | | |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

Based on your own knowledge, what did you see, hear, and do? *J Sch Carroll Conducted a cell search 8/02 unit manager prah told SCb Carroll to search cell.*

Did you receive any injuries? YES or NO (If YES, Explain Below)

Were you evaluated by medical? YES or NO

| Printed Name: | John Carroll | | |
|---|---|---|---|
| Signature: | | Date: | |
| Typed By: | | Date: | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C | |
|---|---|---|
| | Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

ge 1 of 1

9/2/08

Case 1:21-cv 00073   Document 57 3   Filed 10/27/22   Page 14 of 36 PageID # 386
Case 1:23-cv-00037   Document 112   Filed 03/24/26   Page 34 of 102 PageID #: 1193

# EXHIBIT
# 6



## TENNESSEE DEPARTMENT OF CORRECTION

## INAPPROPRIATE GRIEVANCE NOTIFICATION

To  _Tucker, Fredrick_  _3836663_  _XB218_
INMATE NAME (Printed)          TDOC NUMBER          HOUSING UNIT

FROM  **Leigh Staggs**  , Alternate Grievance Chairperson

DATE  _7-9-21_

SUBJECT  _Sanitation_

---

**THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE**   Your Grievance is being returned to you due to the following reason(s):

1   Disciplinary matters are inappropriate to the Grievance Procedure   [Policy #501 01 VI (H)(1)]

2   Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI (H)(2)]

3   Classification matters/institutional placement are inappropriate to Grievance Procedure   [Policy #501.01 VI.(H)(3)]

4   Appealing or seeking review of sentence credits   [Policy #501 01 VI.(H)(4)]

5   Grievance Procedure cannot award monetary compensation for injuries or property loss   [Policy #501.01 VI (H)(5)]

6   Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]

7   Visitor's behavior which results in disciplinary action. [Policy #501 01 VI (H)(7)]

8   A diagnosis by medical professionals and medical co-pay is inappropriate   [Policy #501 01 VI (H)(8)]

9   Security Threat Group (STG) Placement   [Policy #501 01 VI (H)(9)]

10   Mail rejection. [Policy #501 01 VI.(H)(10)]

11   You have already filed a grievance on this issue.  Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident   [Policy #501 01 VI (I)(1)]

12   Abuse of Grievance Procedure  You can only have one grievance pending at Level 1 for review. [Policy #501 01 VI.(I)(2)]

13   Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted.  Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]

14   Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance   A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

---

**THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY**   Grievance forms not properly completed or contain insufficient information for processing shall be returned to the Inmate with instructions as to proper completion [Policy #501.01 VI (C)(1)] Your grievance is being returned to you due to the following reason(s)

1   No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review

2   You did not  a)  Sign and date, and/or b)  state your "Requested Solution"

3.   Grievance shall be submitted on Form CR-1394 pages 1 and 2  All copies must be legible and intact  [Policy #501 01 VI.(C)(1)

4   _____

_____

_____

_____

*Reminder*   *You have SEVEN CALENDAR DAYS FROM THE DATE THE INCIDENT OCCURRED to submit a grievance  If you are still interested in filing this grievance, please make the necessary corrections and return to Grievance Office for further processing immediately.  If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.  If you have any questions regarding this memo, please have your Unit Officer contact me at Ext. _____ to schedule an appointment  TDOC Policy and Procedure are available in the library*

Leigh Staggs  _LS_
Alternate Grievance Chairperson



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

Fredrick Tucker | 382662 | SCCF/Annex
NAME | NUMBER | INSTITUTION & UNIT

DESCRIPTION OF PROBLEM. violation of inmates 8th and 14th amendment rights

REQUESTED SOLUTION. that the requests in this grievance be taken care of immediately

_Fredrick Tucker_
Signature of Grievant

July 6 2021
Date

=================================================================

### TO BE COMPLETED BY GRIEVANCE CLERK

Grievance Number | Date Received | Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE. _____

AUTHORIZED EXTENSION. _____
New Due Date | Signature of Grievant

=================================================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence. _____

Chairperson's Response and Reason(s) _____

DATE. _____ CHAIRPERSON _____

Do you wish to appeal this response? _____ YES _____ NO

If yes    Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT | DATE | WITNESS

Distribution Upon Final Resolution
White - Inmate (Original)    Canary - Warden    Pink - Grievance Committee    Goldenrod - Correspondence (if applicable)

Case 1:23-cv-00037   Document 112   Filed 03/24/25   Page 37 of 102 PageID #: 1196

CR-1394 (Rev 3-00) | Page 1 of 2 | RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE    (continuation sheet)

DESCRIPTION OF PROBLEM   This grievance arises to bring attention to the high levels of black mold inmates are being exposed to at S.C.C.F./annex. 41-1-104, provides the duties of the warden,(a) has charge and custody of the penitentiary with the land,buildings,tools,implements,and every other species within the precincts thereof (b) the custody,welfare,conduct, and safekeeping of the convicts shall be the responsibility of the warden, who shall examine into the affairs of the institution daily to ensure that proper standards are maintained. Black mold is a health hazard,which poses risks of long term health complications,serious sickness,and death. It is a greater risk to those with compromised respiratory issues,such as myself and other inmates here at the annex and even on the compound.Any action that denies an inmate adequate and proper medical attention is a violation under the 8th and 14th amendment. I/m Tucker knows that this is black mold,can SHOW that it is in fact black mold,and believes that Warden Perry and his staff is aware also provided the reluctance to myself and other inmates with the medical attention warranted. Furthermore,Warden Perry and his staff have completely failed to respond to I/m Tucker's repeated requests for adequate medical attention,where he has reported he stopped breathing at least 4 times while sleeping. Therefore, an independent group should do a true and accurate assessment of the annex, make a factual determination to the BLACK MOLD,state on the record that buildings are not livable,and proceed to rectify the situation. Next,any inmate in need of adequate medical attention receives it without further delay. Last,that there be absolutely no retaliation pursuant to Grievance Policy 501.01.

Note: A copy of this grievance has been sent to all available authorities to ensure that this matter will be handled.

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 38 of 102 PageID #: 1197

# EXHIBIT

# 7

July 15 2021

Dear Sir/Maam

This letter along with a copy of this grievance is to serve notice the failures by the grievance chairperson here at South Central Corr. Fac. to perform their duties in an impartial manner. This particular failure comes as I filed this grievance on July 6 2021 there has yet to be a disposition declared on the matter but the grievance chairpewrson saw fit to remove the goldenrod copy (commisioner). This has never been the procedure in previous filings and should not have happened in this instance either. Furthermore the grievance chairperson has a histor of misapplying or simply being biased in her duties as it pertains to issues that directly affect the warden the administration or Core Civic. There is a grievance very similiar to this one where the same chairperson had no issue at all. Any assistance in helping to resolve this matter is greatly appreciated.

Thank You

Fredrick Tucker

# EXHIBIT

# 8

September 21, 2022

Fredrick Tucker #382662
SCCF/P. O. Box 279
555 Forrest Road
Clifton, Tn. 38425

RE: Inmates Civil Rights/Black Mold v Private Corporations/CoreCivic

To Whom It May Concern:

My name is Fredrick Tucker. I am currently an inmate at South Central Correctional Facility/Annex in Clifton, Tn. Before I get into the body of my complaint I want to address a few things. I want to make it clear I intend for as many people as possible who have loved ones incarcerated read this, and get a feel how these big powerful private organizations view individuals locked up versus people in the free world. Somehow towards the end of this it will ensure that each person reading it has a better understanding of the basics about due process. In the state of Tennessee, even private organizations must comply with the rudimentary principles outlined in the eighth and fourteenth amendments of the United States Constitution. This complaint arises from the administration/staff here at the facility knowingly and intentionally exposing inmates to toxic levels of black mold, while sacrificing the risks for which it poses to inmates long term health complications, serious sickness, and even death. It must be addressed at this time because I have repeatedly watched as audit/inspection teams continuously pass or certify buildings that have water leaks, water damage, exposed mildewed asbestos, and clearly visible enormous amounts of black mold. The fact that these structures pass in the first place are a clear and present danger of a different kind because under no certain terms would this occur in the free world environment where a structure having black mold would be deemed unlivable, but consequently not in a private prison where there is no oversight. Black mold is a serious and dangerous health hazard. Here, the conditions of confinement are unconstitutional under the 8th and 14th amendments, and the individuals who are supposed to safeguard against intentionally exposing a person to those conditions are more or less under YOUR protections in further violations under color of law. The failures by those agencies who have a obligation and duty to protect individuals/inmates from cruel and unusual punishment **is a crime.** I realize this is an extreme accusation that must be corroborated with incontrovertible evidence. Therefore, at this time I will not be more forthcoming

about the facts this report shall uncover. However, understand that this notice makes you a creator to the solution or complicit in the cover-up!!!

Respectfully Submitted,

*Fredrick Tucker*

Fredrick Tucker #382662
SCCF/P. O. Box 279
555 Forrest Road
Clifton, Tn. 38425

A copy of this complaint has been forwarded to the following:

Wayne County Health Dept.
102 JV Mangubat Drive
Waynesboro, Tn. 38485

Tennessee Occupational Safety and Health Agency
220 French Landing Drive
Nashville, Tn. 37423

Channel 5
414 James Robertson Parkway
Nashville, Tn. 37219

Main Health Dept. of Tennessee
710 James Robertson Parkway
Nashville, Tn. 37243

Environmental Protection Agency
Atlanta Federal Center
61 Forsyth Street SW
Atlanta, Ga. 30303

American Correctional Association
206 North Washington Street STE> 200
Alexandria, VA. 22314

sworn to and subscribed before me this 22 day of Sept, 2022.

*China Horton*

Signature of Notary Public

CHINA HORTON
STATE OF
TENNESSEE
NOTARY
PUBLIC
WAYNE COUNTY
MY COMMISSION EXPIRES 7-21-2026

December 19, 2022

Fredrick Tucker #382662
Voyager 1 B218

Dear Nurse Dean,
I am writing you in regards to my chronic care appointment/medications. I have informed medical and they are quite aware that due to the numerous threats I have faced, I can no longer come on the compound without putting my safety in danger. As relevant to my asthma inhalers and my blood pressure medications I am currently out and in need of immediately. Also attached to this letter is a copy of a sick call request form, in which I am requesting a colon/rectal examination. I have experienced symptoms such abdominal pain, coughing up blood, weight loss, etc. Again, as I previously stated I cannot come to the compound. Your help is greatly appreciated.

Thank You,

December 19, 2022

Fredrick Tucker #382662
Voyager 1 B218

       Dear Dr. Ryzhkova,

                I am writing you in regards to my chronic care appointment/medications. I have informed medical and they are quite aware that due to the numerous threats I have faced, I can no longer come on the compound without putting my safety in danger. As relevant to my asthma inhalers and my blood pressure medications I am currently out and in need of immediately. Also attached to this letter is a copy of a sick call request form, in which I am requesting a colon/rectal examination. I have experienced symptoms such abdominal pain, coughing up blood, weight loss, etc. Again, as I previously stated I cannot come to the compound. Your help is greatly appreciated.

                Thank You,

December 27, 2022

Fredrick Tucker #382662
SCCF/P.O. Box 279
555 Forest Road
Clifton, Tn. 38425

**No. 1:21-cv-00073**

Clerk, U.S. District Court
800 U. S. Courthouse
Nashville, Tn. 37203

Dear Nurse Dean,

I am writing you again 2nd request, in regards to my chronic care appointment/medication. I currently have a lawsuit pending here at SCCF, due to deliberate indifference to adequate medical care. I have informed the medical department here about the numerous threats on my life and why I cannot go to the compound. As relevant to my asthma inhalers and my blood pressure medication, I am currently out and in need of immediately. Again, I have also enclosed a copy of a sick call, in which I am requesting a prostate/colon examination. I have experienced symptoms such as abdominal pain, coughing up blood, weight loss, etc. Quoting **Helling v. McKinney, 509 U.S. 25, 36, 113 S. Ct. 2475, 125 l. Ed. 2D 22 (1993), in this case, where Plaintiffs challenge the adequacy of their medical treatment, the subjective component "must be determined in light of the prison authorities' current attitudes and conduct, including attitudes and conduct at the time the suit is brought and persisting thereafter." Farmer, 511 U. S. 825, at 845.** As I have stated, I currently have a lawsuit pending, I am out of and need my medications. If I do not receive a response, I intend on presenting this to the Clerk, U.S. District Court, 800 U. S. Courthouse, Nashville, Tn. 37203. Your help is greatly appreciated.

Thank You,

_____
Fredrick Tucker #382662
Voyager 1 B218

December 27, 2022

Fredrick Tucker #382662
SCCF/P.O. Box 279
555 Forest Road
Clifton, Tn. 38425

**No. 1:21-cv-00073**

Clerk, U.S. District Court
800 U. S. Courthouse
Nashville, Tn. 37203

Dear Dr. Ryzhkova,

I am writing you again 2nd request, in regards to my chronic care appointment/medication. I currently have a lawsuit pending here at SCCF, due to deliberate indifference to adequate medical care. I have informed the medical department here about the numerous threats on my life and why I cannot go to the compound. As relevant to my asthma inhalers and my blood pressure medication, I am currently out and in need of immediately. Again, I have also enclosed a copy of a sick call, in which I am requesting a prostate/colon examination. I have experienced symptoms such as abdominal pain, coughing up blood, weight loss, etc. Quoting **Helling v. McKinney, 509 U.S. 25, 36, 113 S. Ct. 2475, 125 l. Ed. 2D 22 (1993), in this case, where Plaintiffs challenge the adequacy of their medical treatment, the subjective component "must be determined in light of the prison authorities' current attitudes and conduct, including attitudes and conduct at the time the suit is brought and persisting thereafter." Farmer, 511 U. S. 825, at 845.** As I have stated, I currently have a lawsuit pending, I am out of and need my medications. If I do not receive a response, I intend on presenting this to the Clerk, U.S. District Court, 800 U. S. Courthouse, Nashville, Tn. 37203. Your help is greatly appreciated.

Thank You,

_____
Fredrick Tucker #382662
Voyager 1 B218

January 20, 2023

**Civil Rights Case No. 1:21-cv-00073**

To Whom It May Concern:

Enclosed please find copies of letters sent to medical health care personnel here at South Central Correctional Facility. Today, I am writing you in regards to my chronic care medications and how SCCF medical personnel did completely and deliberately "stop" me from receiving these medications as retaliation. I currently have a lawsuit pending here at SCCF, due to deliberate indifference to adequate medical care. At this time, there is also a motion for preliminary injunction filed with the Court on behalf of this matter. However, because a court's power is limited relevant to this matter, upon notification certain entities are deemed liable for further deliberate indifference to adequate medical care. See **Board v Farnham, 394 F. 3d 469.**

I have informed the medical department here about the numerous threats on my life and why I cannot go to the compound to renew per chronic care appointments. Besides, SCCF health care personnel have already demonstrated by renewing my medications previously here at the annex that there is no mandatory policy requiring me to go to the compound. Specifically, relevant to my asthma inhalers I have chronic breathing complications, that health care personnel are completely aware of. I also am in need of my blood pressure medication. I am currently out and in need of immediately.

Also, in the letter to the doctor/nurse dean, I enclosed a copy of a sick call, in which I requested a prostate/colon examination, because I have experienced symptoms such as abdominal pain, coughing up blood, weight loss, etc. However, SCCF medical personnel have completely stopped responding at all. Quoting **Helling v. McKinney, 509 U.S. 25, 36, 113 S. Ct. 2475, 125 l. Ed. 2D 22 (1993), in this case, where Plaintiffs challenge the adequacy of their medical treatment, the subjective component "must be determined in light of the prison authorities' current attitudes and conduct, including attitudes and conduct at the time the suit is brought and persisting thereafter." Farmer, 511 U. S. 825, at 845.**

Finally, as discussed above, the right to receive adequate treatment for serious medical needs is a clearly established constitutional right. See Walker, 293 F. 3d at 1040. As I have stated, I currently have a lawsuit pending, I am out of and need my medications, and this is a deliberate attempt at retaliation. Your help is greatly appreciated.

Respectfully Submitted,

_____
Fredrick Tucker #382662
SCCF/P.O. Box 279
555 Forrest Rd.
Clifton, Tn. 38425

## CERTIFICATE OF SERVICE

I, Fredrick Tucker, hereby certify that a true and exact copy of the following has been forwarded to the following:

**Investigations & Compliance
Director, Donna Turner
100 Bomar Drive
Nashville, Tn. 37209**

**TDOC Commissioner
320 6th Ave. N.
Rachel Jackson Bldg. 6th Fl.
Nashville, Tn. 37243**

**NAACP
588 Vance Ave.
Memphis, Tn. 38126**

**Tennessee Human Rights
Commission/Office of Title VI
Compliance Program
312 Rosa L. Parks Ave. 23rd Fl.
Nashville, Tn. 37243**

**CoreCivic- Mark Emkes, Chairman of the Board of Directors
550 Virginia Way Suite 110
Brentwood, Tn. 37027**

**CoreCivic- Damon Hininger, President and Chief Executive Officer
550 Virginia Way Suite 110
Brentwood, Tn. 37027**

**CoreCivic- Scott Craddock, Corporate Ethics and Compliance Officer
550 Virginia Way Suite 110
Brentwood, Tn. 37027**

February 6, 2023

Fredrick Tucker #382662
SCCF/P.O. Box 279
555 Forest Road
Clifton, Tn. 38425

RE: Civil Rights/Denial of Adequate Medical Care/Retaliation/CoreCivic's Employees Unprofessional Conduct:

To Whom It May Concern:

My name is Fredrick Tucker, I am currently an inmate at South Central Correctional Facility/Annex. This matter is once again to address the fact that CoreCivic's/SCCF staff members continue to harass, insult, and retaliate due to my filing a lawsuit and Title VI emergency grievance, about the denial of adequate medical care/conditions of confinement pursuant to the guidelines consistent with the requirements set forth in the eighth and fourteenth amendments of the U.S. Constitution. As noted in the 51-C incident report (attached), I was interviewed by a gang/STG coordinator. I am not affiliated and based on his actions this appeared to be a tactical or strategic attempt to "invite" or "spark" a response from me. Sorry, to disappoint you!!! None of the previous actions taken by CoreCivic/SCCF staff have been associated with doing a sentence or "time," but rather seem personally motivated towards me. As noted, I requested a face to face meeting with TDOC Liaison Chrysler asap thru C/M Kovach, explaining what had taken place, but at this time nothing has transpired. I also requested C/M Kovach file my 51-C. Because there are other inmates that cannot go to the compound who face none of these attacks or backlash, specifically seems the more reason this is done in retaliation. This is a demonstration that I will not become another one of your statistics, but yet be a **STATEMENT** in the protection of my civil and constitutional rights. Due to the rise of uncertainty as to the level of threats of intimidation and retaliation or what They'll do next, I no longer choose to be questioned by "any" staff or administration here at South Central Correctional Facility **without it being recorded and logged in/documented as required.** Again, reiterating **NOTHING** or **NO ONE** will deter me from seeking adequate medical care in accordance with my civil and constitutional rights. In closing, this is to inform anyone at a supervisory level at CoreCivic/SCCF, I will seek civil and legal action/damages against anyone who "fails to keep their puppies on the leash." if these forms of action continue. I currently have a Title VI/Emergency Grievance pending, and due the 'policy' unfortunately cannot file a grievance in this instance at this time. Besides, I am far less confident it would prevent

such things from reoccurring anyway.

## Grounds when alleging First Amendment for Retaliation from filing grievance:

"A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Starr v. Sony BMG Music Entm't, 592 F.3d 314, 321 (2d Cir. 2010) (quoting Iqbal, 556 U.S. at 666), cert. denied, 562 U.S. 1168, 131 S. Ct. 901, 178 L. Ed. 2D 803 (2011). To state a First Amendment retaliation claim sufficient to withstand a motion to dismiss, a plaintiff must allege "(1) that the speech or conduct at issue was protected, (2) that the defendant took adverse action against the plaintiff, and (3) that there was a causal connection between the protected speech and the adverse action." Dolan v. Connolly, 794 F.3d 290, 294 (2d Cir. 2015) (citing Espinal v. Goord, 558 F.3d 119, 128 (2d Cir. 2009)). As set out above, to make out a Section 1983 claim against an individual defendant, the plaintiff must also plead that the defendant had "direct and personal involvement in the alleged constitutional deprivation."

Additionally, "[i]t is well established that the submissions of a pro se litigant must be construed liberally and interpreted 'to raise the strongest arguments that they suggest.'" Triestman v. Fed. Bureau of Prisons, 470 F.3d 471, 474 (2d Cir. 2006) (collecting cases); see also Hughes v. Rowe, 449 U.S. 5, 9-10, 101 S. Ct. 173, 66 L. Ed. 2d 163 (1980) (noting that a pro se party's pleadings must be liberally construed in his favor and are held to a less stringent standard than the pleadings drafted by lawyers); Harris v. Mills, 572 F.3d 66, 72 (2d Cir. 2009) ("Even after Twombly . . . we remain obligated to construe a pro se complaint liberally."); Lerman v. Bd. of Educ., 232 F.3d 135, 139-40 (2d Cir. 2000) ("Since most pro se plaintiffs lack familiarity with the formalities of pleading requirements, [a court] must construe pro se complaints liberally, applying a more flexible standard to evaluate their sufficiency.").{2020 U.S. Dist. LEXIS 8} This is especially true in the context of civil rights complaints. See Weinstein v. Albright, 261 F.3d 127, 132 (2d Cir. 2001); see also Gregory v. Daly, 243 F.3d 687, 691 (2d Cir. 2001) (noting that a court must be "mindful of the care exercised in this Circuit to avoid hastily dismissing complaints of civil rights violations").

Respectfully Submitted,

_____

Fredrick Tucker #382662
SCCF/P.O. Box 279
555 Forrest Rd.
Clifton, Tn. 38425

# INCIDENT STATEMENT

| Facility | South Central Correctional Fac. | Incident Number | |
|---|---|---|---|

| Incident Date | 2/3/23 | Incident Time (HRS) | 9:40am ~ 9:50 am |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| STG Franks | | | |

| Housing Location (For Inmates/Residents Only) | X2 D213 |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On 2/3/23 at appx 9:40am, I was told by I/m Evans C/o Turnbault wanted me up front. Upon my arrival I was told STG Coor. Franks called for me. STG. Franks, C/o Turnbault, and myself proceeded to the vc where OSIs were and went to the back of the room. STG Franks sat down and told me to "sit the fuck down, or stand if I wanted." As he proceeded to ask questions, and I refused to answer (regarding medical) and my refusal/why I don't want to go to the compound, his verbal aggression and tactical assaults continued. At the conclusion, STG Franks stated "get the fuck out of my face." Due to the continuous retaliation and unprofessionalism, there is no confidence in any staff/administration official at CoreCivic /SCCF. I request to have no further interaction with this or any individual sent to promote useless verbal or any other kind of aggression. (FT)

Besides, what is an STG coord. coming to see me for?, not affiliated (FT)

| Did you receive any injuries? YES or (NO) (If YES, Explain Below) | |
|---|---|

| Were you evaluated by medical? YES or (NO) | |
|---|---|

| Printed Name: | Fredrick Tucker | | |
|---|---|---|---|
| Signature: | Fredrick Tucker | Date: | 2/3/23 |
| Typed By: | | Date: | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | |
|---|---|
| | Inmate/Resident refused to complete this 5-1C |
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Property of Corrections Corporation of America



March 20, 2023

Fredrick Tucker #382662
South Central Correctional Facility
P.O Box 279
555 Forrest Ave.
Clifton, TN. 38425

Re: Correspondence

Dear Mr. Tucker,

I am writing in response to both of your letters received on February 3rd,2023 and February 16th,2023. Due to the sensitive nature of your letter, I have forwarded it to the Clinical Services division and our legal team for review.

Dorinda Carter
Communications Director
Tennessee Department of Correction

pc:     Operational Support Service File, Tucker #382662
        FS-23-211
        FS-23-260

# EXHIBIT
# 9

# TENNESSEE DEPARTMENT OF CORRECTION

## INAPPROPRIATE GRIEVANCE NOTIFICATION

**TO**     **Fredrick Tucker**     **382662**     **HB-101**

INMATE NAME (Printed)     TDOC NUMBER     HOUSING UNIT

**FROM**     **SGT. McClarin**     , Grievance Chairperson

**DATE**     **5/2/2023**

**SUBJECT.**     **Cell Assignment**

---

**THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE** Your Grievance is being returned to you due to the following reason(s)

- ☐ 1   Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501 01 VI.(H)(1)]
- ☐ 2.   Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure [Policy #501.01 VI (H)(2)]
- ☑ 3   Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501 01 VI (H)(3)]
- ☐ 4.   Appealing or seeking review of sentence credits [Policy #501.01 VI (H)(4)]
- ☐ 5   Grievance Procedure cannot award monetary compensation for injuries or property loss [Policy #501.01 VI (H)(5)]
- ☐ 6   Addressing questions regarding sentence structures [Policy #501 01 VI (H)(6)]
- ☐ 7.   Visitor's behavior which results in disciplinary action [Policy #501.01 VI (H)(7)]
- ☐ 8.   A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501 01 VI.(H)(8)]
- ☐ 9   Security Threat Group (STG) Placement [Policy #501.01 VI (H)(9)]
- ☐ 10.   Mail rejection. [Policy #501 01 VI.(H)(10)]
- ☐ 11   You have already filed a grievance on this issue Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI (I)(1)]
- ☐ 12   Abuse of Grievance Procedure You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI (I)(2)]
- ☐ 13   Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted Threats may result in disciplinary action [Policy #501 01 VI (I)(3)]
- ☐ 14   Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501 01 VI.(C)(1)]

---

**THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY** Grievance forms not properly completed or contain insufficient information for processing shall be returned to the Inmate with instructions as to proper completion. [Policy #501.01 VI (C)(1)] Your grievance is being returned to you due to the following reason(s)

- ☐ 1   No specific details , i e dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review
- ☐ 2.   You did not. a) Sign and date, and/or b) state your "Requested Solution"
- ☐ 3   Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501 01 VI (C)(1)]
- ☑ 4.   **Cell Assignment is not grievable**

---

*Reminder*    *You have SEVEN CALENDAR DAYS FROM THE DATE THE INCIDENT OCCURRED to submit a grievance If you are still interested in filing this grievance, please make the necessary corrections and return to Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box. If you have any questions regarding this memo, please have your Unit Officer contact me at Ext _____ to schedule an appointment TDOC Policy and Procedure are available in the library*

_____Sgt McClen_____
Grievance Chairperson

CR 3639 (Rev 9/07)      Duplicate as Needed      RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

Fredrick Tucker     382662     SCCF / X2D213
NAME          NUMBER          INSTITUTION & UNIT

DESCRIPTION OF PROBLEM I/M Tucker was sent back to the Compound (per Warden Perry) for refusing to go to medical on 4/24/23

REQUESTED SOLUTION I/M Tucker request that all retaliction and threats of intimidation per Warden Perry / Core Civic Staff stop immediately and if sent to the compound be violation returned immediately due to no (infraction(s)) or

Fredrick Tucker
Signature of Grievant

4/25/23
Date

=================================================================

### TO BE COMPLETED BY GRIEVANCE CLERK

_____     _____     _____
Grievance Number       Date Received       Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE _____

AUTHORIZED EXTENSION _____     _____
              New Due Date         Signature of Grievant

=================================================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence _____

_____

_____

Chairperson's Response and Reason(s) _____

_____

_____

DATE _____     CHAIRPERSON _____

Do you wish to appeal this response? _____ YES _____ NO

If yes   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response

_____     _____     _____
GRIEVANT           DATE           WITNESS

Distribution Upon Final Resolution

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev 3-00)        Page 1 of 2        RDA 2244



TENNESSEE DEPARTMENT OF CORRECTION

INMATE GRIEVANCE    (continuation sheet)

DESCRIPTION OF PROBLEM. On 4/24/23 I/M Tucker was told by an inmate he had to go to medical on the compound. This inmate is known for jokes so there was no "real" knowledge that I/M Tucker had to go. Besides, per policy#113.51(B) and I/M can refuse medical services. There is nothing per policy that states an inmate will face discipline for refusing medical. However warden Perry is aware of the circumstances I/M Tucker faces if he goes to the compound, even for medical. There was no refusal brought to I/M Tucker to sign so there was no true indication I/M Tucker had medical. Besides per policy no inmate faces discipline. Therefore, this action(s) taken by warden Perry seem to be in direct retaliation towards I/M Tucker. I/M Tucker has violated no rules or regulations and this practice by Warden Perry is a visible abuse of power. I/M Tucker requests if he is sent to the compound he be returned immediately without further delay.

Fredrick Tucker

4/25/23

Distribution Upon Final Resolution

White - Inmate Grievant   Canary - Warden   Pink -- Grievance Committee   Goldenrod - Commissioner (if applicable)

Case 1:23-cv-00037   Document 112   Filed 03/24/26   Page 57 of 102 PageID #: 1216

CR-1394 (Rev  3-00)                      Page 2 of 2                           RDA 2244

# EXHIBIT
# 10

```
LIBD                          SEGREGATION              DATE:  07/14/23
BI01C19                          SELECT                TIME:  06:23 AM

    Site ID:  SCCF      SOUTHCENTRAL CORRECTIONAL CENTER
  TOMIS ID:  00382662   TUCKER, FREDRICK L.
    Status:  ACTV    Sex:  M     Race:  B     Age:  48    Location:  NECX

        Segregation     Actual
  S     Begin Date      End Date              Segregation Type
  -     ------------    ------------          ------------------------------
        05/29/2023      06/13/2023      SPD   SEGREGATION PEND DISC. HE
        05/19/2023      05/25/2023      PUN   PUNITIVE SEGREGATION
        05/10/2023      05/19/2023      SPD   SEGREGATION PEND DISC. HE
        05/05/2023      05/10/2023      SPD   SEGREGATION PEND DISC. HE
        05/02/2023      05/25/2023      SPD   SEGREGATION PEND DISC. HE
        04/25/2023      05/05/2023      SPD   SEGREGATION PEND DISC. HE
        04/02/2021      04/16/2021      INV   SEGREGATION PEND INVESTIG
        04/01/2021      04/01/2021      SPD   SEGREGATION PEND DISC. HE

  Search:
  NEXT FUNCTION:        DATA:
  F1-HELP      F9-QUIT        F11-SUSPEND

  BOTTOM OF LIST
```

Date: 07-14-2023 Time: 06:24:00.43

# EXHIBIT

# 11



# TENNESSEE DEPARTMENT OF CORRECTION
## MENTAL HEALTH SCREENING REPORT
### SCCF

INSTITUTION

INMATE NAME: Tucker, Frederick   TDOC NUMBER: 382662   SEX: MALE

UNIT: HSA   CELL: HD 201   DATE OF SCREENING: 4/13/21

TYPE OF SCREENING: 3 DAY SEGREGATION ___ 7 DAY SEGREGATION: ___ 30 DAY SEGREGATION X OTHER: ___

## MENTAL STATUS SCREENING:

| YES | NO | |
|---|---|---|
| ☐ | ☒ | DOES THE OFFENDER HAVE A PRESENT SUICIDE IDEATION |
| ☐ | ☒ | DOES THE OFFENDER HAVE A HISTORY OF SUICIDAL BEHAVIOR |
| ☐ | ☒ | IS THE OFFENDER PRESENTLY PRESCRIBED PSYCHOTROPIC MEDICATION |
| ☐ | ☒ | DOES THE OFFENDER HAVE A CURRENT MENTAL HEALTH COMPLAINT |
| ☐ | ☒ | IS THE OFFENDER BEING TREATED FOR MENTAL HEALTH PROBLEMS |
| ☐ | ☒ | DOES OFFENDER HAVE A HISTORY OF TREATMENT FOR SUBSTANCE USE |
| ☐ | ☒ | DOES OFFENDER HAVE A HISTORY OF INPATIENT AND OUTPATIENT PSYCHIATRIC TREATMENT |

SUBJECTIVE/OBJECTIVE (include symptoms of psychosis, depression, anxiety, and/or aggression): I/m did come to the door. He appeared to be calm and stable. He denied SHI/AVH. He stated that he was doing ok.

GENERAL APPEARANCE
☒ Neat
☐ Unclean
☐ Bizarre
☐ Disheveled

EYE CONTACT
☒ Good
☐ Fair
☐ Poor

DISPOSITION OF OFFENDER
☒ No Mental Health Referral
☐ Referral to Mental Health Care Service
☐ Referral to Appropriate Mental Health Care Service for Emergency Treatment

ADDITIONAL INFORMATION: Appears stable MSE WNL

_Bruce Elbally ms_
SIGNATURE OF MENTAL HEALTH PROVIDER

MHC
TITLE

4/13/21
DATE

CR-2629 (Rev. 04-17)   White-Inmate Health Record   Canary-Warden (Optional)   RDA 1100

# EXHIBIT 12



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

SCCF
INSTITUTION

INMATE NAME __Tucker, Frederick__  INMATE NUMBER __392662__

| DATE | TIME/PLACE | PROB NO | |
|---|---|---|---|
| 4.14.11 | 1342 | S | The above-named inmate was referred to the treatment team because he is classified for mental health treatment at Level of Care II. This inmate was assessed today for annex placement. |
| | | O | The findings are as follows: |
| | | | YES   NO |
| | | | ___ ✓ Does significant mental illness exist which would pose a likelihood of serious harm to the inmate or to others? |
| | | | ___ ✓ Does the inmate have symptoms of mental illness which would support referral for mental health treatment at a higher level of care or additional mental health treatment? |
| | | | ___ ✓ Is there a likelihood of substantial mental deterioration if the inmate is placed in a less restrictive environment? |
| | | | ___ ✓ If the inmate is receiving psychopharmacological intervention, has the inmate demonstrated a compliant pattern of treatment? |
| | | | ✓ ___ The inmate is mentally and behaviorally stable, devoid of any gross indicators of acute psychosis, and would not be dangerous to self or others. |
| | | A | CHANGE LEVEL OF CARE?   YES   NO ✓   LEVEL __I__ |
| | | P | If this inmate meets the other reclassification criteria, the following are the treatment team's recommendations: |
| | | | YES   NO       RECOMMENDATIONS |
| | | | ✓ ___ Approve security-level reduction and annex placement. |
| | | | ✓ ___ Encourage him to attend NA/AA meetings |
| | | | ✓ ___ Prohibit him from participation in work assignments that would place him in the proximity of children |
| | | | ___ ✓ Encourage him to participate in the ABE and/or GED Program |
| | | | ADDITIONAL RECOMMENDATIONS |

_Do Not Write on Back_

CR-1884 (Rev 5-01)          Printed or Duplicate as Needed          RDA 1100



TENNESSEE DEPARTMENT OF CORRECTION
MENTAL HEALTH SERVICES
INFORMED CONSENT FOR ASSESSMENT AND TREATMENT

_SccF_
INSTITUTION

Tucker, Frederick          382662          9-11-15
INMATE NAME          TDOC ID          DATE OF BIRTH

I hereby authorize _SccF M/H Staff_ to perform the following assessment or treatment

_Psychological assessment for the Purpose of Annex Placement only_

Use Layman's Terms

The type and extent of services that I will receive will be determined following an initial assessment and thorough discussion with me. The goal of the assessment process is to determine the best course of treatment for me

I understand that a range of mental health professionals, some of whom are in training, provides mental health services. All professionals-in-training are supervised by licensed staff.

I understand that while psychotherapy and/or medication, may provide significant benefits, it may also pose risks. If medications are prescribed, the psychiatric provider and I have discussed

- My Mental Health Condition
- The reasons for prescribing the medication, including the likelihood of my condition
- Improving or not improving without the medicine.
- Reasonable alternative treatments available for my condition.
  The type of medication that I will be receiving, the frequency and range of dosages, the method by which I will take the medication (shots or mouth), and duration of such treatment.
- The side effects of these drugs known to commonly occur and any particular side effects likely to occur in my particular case.

Psychological Services can have benefits and risks. Since therapy often involves discussing unpleasant aspects of my life, I may experience uncomfortable feelings like sadness, guilt, anger, frustration loneliness and helplessness. On the other hand, psychotherapy has also been shown to have benefits such as significant reductions in feelings of distress.

I acknowledge that no guarantee or assurance has been made as to the result that may be obtained.

If any unforeseen condition arises in the course of the intervention for the judgment of the practitioner for procedures in addition to or different from those now contemplated a new informed consent assessment and treatment will be obtained

I have read and fully understand the terms of this consent

Date _4.14.21._ Time _1345_          X _Fredrick Tucker_
                                         Signature of the inmate or person authorized to consent for inmate

Signature of Practitioner and Professional Title          Signature of Practitioner and Professional Title

Witness _Leonard Skipper, LAOAC II, NCACII_

CR 3736(Rev 11-19)          Duplicate as Needed          RDA

Case 1:23-cv-00037   Document 112   Filed 03/24/26   Page 64 of 102 PageID #: 1223   000055

# EXHIBIT
# 13



*Use for Asthma, CHF, COPD;COVID-19;Other Lung Disease; Sickle Cell Disease; Shortness of Breath*

Name: Tucker, Fredrick          TDOC ID: 382ld02

Date/Time: 4/20/23  0930          Allergies: NKDA

*See MAR for current medications: Compliant? ☐ Y ☒ N   Recent change? ☒ Y ☐ N If Yes, describe change. meds ordered.

Subjective: medical emergency call "unresponsive"

Onset: 0920          Duration: 10 min
Activity prior to onset: normal          Prior history of same: ☐ Y ☒ N

If yes, what was the treatment and when? N/A
History of: ☒ Asthma    ☐ COPD    ☐ Heart Disease    ☐ DVT/Pulmonary Embolus    ☐ COVID-19 Exposure
☐ Cirrhosis    ☐ Sickle Cell Disease    ☐ Pulmonary HTN    ☐ Other Lung Disease    ☐ Previous Intubation
Precipitating Factors: ☐ None    ☐ Exercise    ☐ Temp Change    ☐ Allergen/Irritant    ☐ Infection    ☒ Non-Compliance
☐ Other:
Aggravating Factors: ☐ Activity    ☐ Lying Flat    ☐ Other:
Relieving Factors: ☐ Rest    ☐ Sitting up    ☐ Leaning Forward    ☐ Inhaler
Pain Scale (0-10): ⓪    ☐ Sharp    ☐ Dull    ☐ Burning    ☐ Stabbing    ☐ Cramping
Associated Symptoms: ☒ None    ☐ Nausea    ☐ Vomiting    ☐ Dyspnea    ☐ Dyspnea on Exertion    ☐ Fever/Chills
☐ Chest Pain    ☐ Headache    ☐ Body Aches    ☐ Leg Swelling    ☐ Coughing    ☐ Wheezing    ☐ Other:
Currently taking: ☐ Inhaler    ☐ Steroids    ☐ Anticoagulants

Objective:

Vital Signs: T: 97.0   P: 84   R: 16   BP: 136/81   O2 Sat: 100%   Weight: 168

Peak Flow 1: Unable to obtain | no equipment.
Gen Appearance: ☒ Alert, Oriented & No Distress    ☐ Alert & Distressed    ☐ Alert-Not Oriented    ☐ Can't Stand/Walk
☐ Dyspneic    ☐ Mouth Breathing    ☐ Use of Accessory Muscles    ☐ Audible Wheezing
P arriving) Able to Speak in Complete Sentences: ☒ Y ☐ N    Preferred Posture
medical) Skin: ☒ Norm    ☐ Dry    ☐ Warm    ☐ Moist/Clammy    ☐ Pale    ☐ Cyanotic    ☐ Jaundice
Lungs Sounds: ☒ Norm    ☐ Decreased    ☐ Wheezing    ☐ Crackles    ☐ Absent
Heart Sounds: ☒ Norm    ☐ Extra Sounds
Extremity Edema (1-4+)   ☒ None   LU_____   RU_____   LL_____   RL_____
Capillary Refill: ☒ Brisk    ☐ >3 secs
Last COVID-19 Test Result: ☒ Neg    ☐ Pos

Additional Examination: After arriving to medical p m/e called
I/m is not dyspnic, requests KOP's, able to move self
Alert, Oriented x3.

Assessment: Alteration in Comfort due to Respiratory Distress
Plan:  Treatment Provided per Nursing Protocol

111

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 66 of 102 PageID #: 1225    000323

# EXHIBIT

# 14



# CoreCivic Report 1125aa23  Inbox

Deemer, Bryan 4-25-2023

to me

Thank you for your report to CoreCivic regarding your brother's housing situation at our South Central facility  I am sorry  you have had a difficult experience  Housing assignments are facility management decisions and not subject to review by the Ethics department  It appears as if you and your brother have followed appropriate steps to dispute his housing assignment change, in filing a grievance and contacting the Inmate Family Liaison  As you have followed those steps, and my office does not become involved in housing assignments, I will close your report  Thank you for your report

Bryan Deemer

Director, Ethics & Compliance

CoreCivic Facility Support Center

Email [redacted]@corecivic.com

 Core[Civic]

(i) This e-mail and any files transmitted with it are confidential

  

 

                                   Yoshiko Tucker <yoshikotucker39y@gmail.com>

## CoreCivic Report 1188aa23
3 messages

Deemer, Bryan <Bryan Deemer@corecivic com>                    Tue, May 2, 2023 at 1 07 PM
To "yoshikotucker39y@gmail com" <yoshikotucker39y@gmail com>

Thank you for your report to CoreCivic regarding your brother's situation at our South Central facility  In order to best review your report, can you please provide more information?

What medication is your brother not receiving?

Has he spoken to medical staff or corrections officers about not receiving his medication?

What problems is he having with Warden Perry?

How is he being retaliated against?

Who cursed him out on February 3rd?  What did they say to him?  Did he report this incident prior to now?

Thank you for your report.

Bryan Deemer

Director, Ethics & Compliance

CoreCivic Facility Support Center

5501 Virginia Way, Brentwood, TN 37027

Email bryan deemer@corecivic com



(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s) If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of CoreCivic  (iii) The recipient should check this e-mail and any attachments for the presence of viruses The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail  This email has been scanned for content and viruses by the Symantec Email Security cloud service.

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 69 of 102 PageID #: 1228

**Yoshiko Tucker** <yoshikotucker39y@gmail com>                    Sun, May 7, 2023 at 10 02 AM
To  "Deemer, Bryan" <Bryan Deemer@corecivic com>

My brother I know for a fact receive blood pressure medicine in which he wrote & stated he hasn't received it in 4 days,he probably take other meds I know nothing about other medications the person whom he stated with obscene vulgar language was STG Franks  Warden Perry is retaliating against him over a lawsuit he filed about getting sick due to the black mold in the prison Yes he filed a incident report but absolutely nothing is getting done about it. I fear his life if he continues to be in this prison because he is being tormented by the Warden and guards
He needs to be transferred  I just got another letter in which I will be putting in for another investigation because he stated he had a asthma attack because they are not giving his medicine and warden Perry just respond he's faking
[Quoted text hidden]

 Core        **image001.png**
                     7K

**Yoshiko Tucker** <yoshikotucker39y@gmail com>                    Sun, May 7, 2023 at 10.06 AM
To· "Deemer, Bryan" <Bryan Deemer@corecivic com>

Oh and when he got cursed out he was told to sit the fuck down or stand
He had began asking my brother why he didn't want to go to the compound in which my brother refused to answer so he stated to him aggressively to get the fuck out of his face by STG Franks
[Quoted text hidden]

**Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 70 of 102 PageID #: 1229**

Yoshiko Tucker <yoshikotucker39y@gmail.com>

# (no subject)

12 messages

**Yoshiko Tucker** <yoshikotucker39y@gmail com>                    Thu, May 11, 2023 at 9 09 AM
To: "Deemer, Bryan" <bryan deemer@corecivic com>

I have emailed you and to my surprise I have yet to get a response from you I will be contacting the communication director of TDOC to see what I need to do or what steps I need to take because it doesn't seem like I'm getting any help at all concerning my brother's well being at South Central correctional facility. I have read many stories about this facility and I yet have began to get the help my brother needs or is entitled to I will keep all emails, telephone calls,texts , letters or whatever else I need to in the case that he's harmed in any way respectfully submitted his concerned family members

**Deemer, Bryan** <Bryan Deemer@corecivic com>                     Thu, May 11, 2023 at 9 10 AM
To Yoshiko Tucker <yoshikotucker39y@gmail.com>

Mr Tucker,

You will receive a response from me today I have been reviewing your allegation.

**From:** Yoshiko Tucker <yoshikotucker39y@gmail com>
**Sent:** Thursday, May 11, 2023 9.10 AM
**To:** Deemer, Bryan <Bryan Deemer@corecivic com>
**Subject:**

I have emailed you and to my surprise I have yet to get a response from you. I will be contacting the communication director of TDOC to see what I need to do or what steps I need to take because it doesn't seem like I'm getting any help at all concerning my brother's well being at South Central correctional facility. I have read many stories about this facility and I yet have began to get the help my brother needs or is entitled to I will keep all emails, telephone calls,texts , letters or whatever else I need to in the case that he's harmed in any way respectfully submitted his concerned family members

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s) If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of CoreCivic (iii) The recipient should check this e-mail and any attachments for the presence of viruses The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e mail. This email has been scanned for content and viruses by the Symantec Email Security cloud service.

**Yoshiko Tucker** <yoshikotucker39y@gmail com>                    Thu, May 11, 2023 at 9 54 AM
To "Deemer, Bryan" <Bryan.Deemer@corecivic com>

Thank you for your response I am Mrs Tucker I put in a investigation report on which you responded to about the C/O cursing him out & him not receiving his blood pressure medicine in over 4 days and the problems he's been having with

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 71 of 102 PageID #: 1230

warden Grady Perry in which I did a follow up with the code that I was given & it's no longer available,so what happened with that?? I don't know but was told to contact convergent because they should have notification on it

[Quoted text hidden]

**Deemer, Bryan** <Bryan Deemer@corecivic com>                    Thu, May 11, 2023 at 9 56 AM
To Yoshiko Tucker <yoshikotucker39y@gmail com>

Ms Tucker it is still open   I am resonsbile for many facilities and have begun to review it, however I do not have all the information from the facility yet   Please be patient as your report is reviewed   Your report #1188aa23 and is still open and being worked on

From: Yoshiko Tucker <yoshikotucker39y@gmail com>
Sent: Thursday, May 11, 2023 9 55 AM
To: Deemer, Bryan <Bryan Deemer@corecivic com>
Subject: Re

Thank you for your response  I am Mrs  Tucker I put in a investigation report on which you responded to about the C/O cursing him out & him not receiving his blood pressure medicine in over 4 days and the problems he's been having with warden Grady Perry in which I did a follow up with the code that I was given & it's no longer available,so what happened with that?? I don't know but was told to contact convergent because they should have notification on it

On Thu, May 11, 2023, 9 11 AM Deemer, Bryan <Bryan.Deemer@corecivic corn> wrote.

Mr Tucker,

You will receive a response from me today   I have been reviewing your allegation

From: Yoshiko Tucker <yoshikotucker39y@gmail com>
Sent: Thursday, May 11, 2023 9 10 AM
To: Deemer, Bryan <Bryan Deemer@corecivic corn>
Subject:

I have emailed you and to my surprise I have yet to get a response from you  I will be contacting the communication director of TDOC to see what I need to do or what steps I need to take because it doesn't seem like I'm getting any help at all concerning my brother's well being at South Central correctional facility. I have read many stories about this facility and I yet have began to get the help my brother needs or is entitled to  I will keep all emails, telephone calls,texts , letters or whatever else I need to in the case that he's harmed in any way respectfully submitted his concerned family members

**Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 72 of 102 PageID #: 1231**

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s) If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of CoreCivic (iii) The recipient should check this e-mail and any attachments for the presence of viruses The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail This email has been scanned for content and viruses by the Symantec Email
Security cloud service
[Quoted text hidden]

**Yoshiko Tucker** <yoshikotucker39y@gmail com>                    Thu, May 11, 2023 at 9 59 AM
To: "Deemer, Bryan" <Bryan Deemer@corecivic com>

I apologize was typing to fast didn't mean convergent it's convercent
[Quoted text hidden]

**Yoshiko Tucker** <yoshikotucker39y@gmail com>                    Thu, May 11, 2023 at 10 14 AM
To "Deemer, Bryan" <Bryan Deemer@corecivic com>

To all do respect I don't have any beliefs in what the facility has to say if a investigation is done I truly believe if you hear what the facility has to say that it's only right the inmates get heard from also I believe the facility works together as one & things can / will be covered up for the sake of themselves i have gotten SEVERAL incident reports he's made on warden Perry & C/O & sending copies to several different places because what is going on behind those walls we don't know nor have information on but what they have noted and put in writing He's made several complaints to Dorinda Carter Communications Director of TDOC,Mark Emkes,Damon Hiniger & Scott Craddock of Core civic in Brentwood Tennessee in which I will keep all records of He needs to be transferred immediately from South Central correctional facility under Grady Perry before he's harmed in any way
[Quoted text hidden]

**Deemer, Bryan** <Bryan Deemer@corecivic.com>                    Thu, May 11, 2023 at 10 16 AM
To Yoshiko Tucker <yoshikotucker39y@gmail.com>

If you are requesting a transfer, you will need to contact Tennessee Department of Corrections (TDoC) to request and initiate a transfer My office does not have oversight or ability to conduct transfers

From: Yoshiko Tucker <yoshikotucker39y@gmail com>
Sent: Thursday, May 11, 2023 10 14 AM
To: Deemer, Bryan <Bryan Deemer@corecivic com>
Subject: Re

To all do respect I don't have any beliefs in what the facility has to say if a investigation is done I truly believe if you hear what the facility has to say that it's only right the inmates get heard from also I believe the facility works together as one & things can / will be covered up for the sake of themselves i have gotten SEVERAL incident reports he's made on warden Perry & C/O & sending copies to several different places because what is going on behind those walls we don't know nor have information on but what they have noted and put in writing He's made several complaints to Dorinda Carter Communications Director of TDOC,Mark Emkes,Damon Hiniger & Scott Craddock of Core civic in Brentwood Tennessee in which I will keep all records of He needs to be transferred immediately from South Central correctional facility under Grady Perry before he's harmed in any way

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 73 of 102 PageID #: 1232

On Thu, May 11, 2023, 9 59 AM Yoshiko Tucker <yoshikotucker39y@gmail com> wrote

    i apologize was typing to fast didn't mean convergent it's convercent

On Thu, May 11, 2023, 9 54 AM Yoshiko Tucker <yoshikotucker39y@gmail com> wrote

    Thank you for your response I am Mrs Tucker I put in a investigation report on which you responded to about the C/O cursing him out & him not receiving his blood pressure medicine in over 4 days and the problems he's been having with warden Grady Perry in which I did a follow up with the code that I was given & it's no longer available,so what happened with that?? I don't know but was told to contact convergent because they should have notification on it

    On Thu, May 11, 2023, 9 11 AM Deemer, Bryan <Bryan Deemer@corecivic.com> wrote

        Mr Tucker,

        You will receive a response from me today I have been reviewing your allegation

        **From:** Yoshiko Tucker <yoshikotucker39y@gmail com>
        **Sent:** Thursday, May 11, 2023 9 10 AM
        **To:** Deemer, Bryan <Bryan Deemer@corecivic com>
        **Subject:**



        I have emailed you and to my surprise I have yet to get a response from you I will be contacting the communication director of TDOC to see what I need to do or what steps I need to take because it doesn't seem like I'm getting any help at all concerning my brother's well being at South Central correctional facility I have read many stories about this facility and I yet have began to get the help my brother needs or is entitled to. I will keep all emails, telephone calls,texts , letters or whatever else I need to in the case that he's harmed in any way.respectfully submitted his concerned family members

        (i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s) If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of CoreCivic (iii) The recipient should check this e-mail and any attachments for the presence of viruses The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail This email has been scanned for content and viruses by the Symantec Email
        Security cloud service

  [Quoted text hidden]

**Yoshiko Tucker** <yoshikotucker39y@gmail com>                 Thu, May 11, 2023 at 12 04 PM
To "Deemer, Bryan" <Bryan Deemer@corecivic com>

Thank you, I will do that. I know whom to contact however I'm requesting a investigation on this matter and the well being of my brother & how he's being treated, intimidated,ridiculed and treated horribly and unfairly in South Central correctional facility under the supervision of warden Grady Perry and some of his C/O's and other staff members there He has filed incident reports, Grievance and so on ,like I said I don't think this investigation should be based solely on the facility saying

Case 1 28-cv-00037 Document 112 Filed 03/24/26 Page 74 of 102 PageID #: 1233

[Quoted text hidden]

Deemer, Bryan <Bryan Deemer@corecivic com>     Thu, May 11, 2023 at 12 08 PM
To  Yoshiko Tucker <yoshikotucker39y@gmail com>

A review will be completed, however it will take several days.

[Quoted text hidden]
[Quoted text hidden]

Yoshiko Tucker <yoshikotucker39y@gmail com>     Thu, May 11, 2023 at 12 17 PM
To  "Deemer, Bryan" <Bryan Deemer@corecivic.com>

Sir with all due respect I've been waiting to hear about report #1188aa23 since you emailed me saying thanks for your report on May 02 2023 that I was given a code to check on it with. When I call it says it's not showing up so it mysteriously disappeared  I called and emailed Convercent & was told even if are waiting to hear from the facility and it's a open investigation I should STILL be able to check on it with the code number I was given ITS NOT SHOWING UP
[Quoted text hidden]

Deemer, Bryan <Bryan Deemer@corecivic com>     Thu, May 11, 2023 at 12 20 PM
To  Yoshiko Tucker <yoshikotucker39y@gmail.com>

I have no control of Convercent   They are a third party company that intakes the reports.  I cannot access the report from your end, only mine   I'm sorry I can't be of more assistance on you accessing the report

[Quoted text hidden]
[Quoted text hidden]

Yoshiko Tucker <yoshikotucker39y@gmail com>     Thu, May 11, 2023 at 12.20 PM
To. "Deemer, Bryan" <Bryan Deemer@corecivic.com>

And it's been SEVERAL days since I made the report on #1188aa23
[Quoted text hidden]

 Yoshiko Tucker <yoshikotucker39y@gmail.com>

# CoreCivic Report 1346aa23

6 messages

**Deemer, Bryan** <Bryan Deemer@corecivic com>          Tue, May 16, 2023 at 7 41 AM
To "yoshikotucker39y@gmail com" <yoshikotucker39y@gmail com>

Ms Tucker,

Thank you for your latest report to CoreCivic regarding your brother Your previous report is being investigated by the Managing Director and I will send this newest information to him to include in his review

Thank you

Bryan Deemer

Director, Ethics & Compliance

CoreCivic Facility Support Center

5501 Virginia Way Brentwood, TN 37027

Email bryan.deemer@corecivic com

Core

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s) If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of CoreCivic (iii) The recipient should check this e-mail and any attachments for the presence of viruses The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail This email has been scanned for content and viruses by the Symantec Email Security cloud service.

**Yoshiko Tucker** <yoshikotucker39y@gmail com>          Tue, May 16, 2023 at 8 31 AM
To "Deemer, Bryan" <Bryan.Deemer@corecivic.com>

Thank you for the update. But all due respect what you mean to put in his report??!! Our family is concerned about his safety,what about us knowing the proper steps being taken?? All we know is a investigation is done & nothing being done about the situation!! If I have to file a report EVERYDAY I will, because this is utterly ridiculous in how Core civic is handling things as if no care in the world Core civic is going on what the facility has to say in which they are part of the problem
[Quoted text hidden]

**2 attachments**

 Core       **image001.png**
                               7K

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 76 of 102 PageID #: 1235

https //mail google com/mail/u/0/?ik=172f605860&view=pt&search=all&permthid=thread-f 1766054576437638124&simpl=msg-f 1766054576437638 I          1/3

 Core      **image001.png**
                     7K

**Deemer, Bryan** <Bryan Deemer@corecivic com>          Tue, May 16, 2023 at 9 38 AM
To Yoshiko Tucker <yoshikotucker39y@gmail com>

Ms Tucker,

The review, being conducted by the Managing Director who oversees the facility but does not work at it, will include your latest concerns about phones, etc He has oversight over Warden Perry and the entire facility and will be reviewing your allegations and concerns It is not necessary for you to file a report every day detailing the same allegations, as they are being reviewed currently.

**From:** Yoshiko Tucker <yoshikotucker39y@gmail com>
**Sent:** Tuesday, May 16, 2023 8:32 AM
**To:** Deemer, Bryan <Bryan.Deemer@corecivic com>
**Subject:** Re CoreCivic Report 1346aa23

[Quoted text hidden]
[Quoted text hidden]

**Yoshiko Tucker** <yoshikotucker39y@gmail.com>          Tue, May 16, 2023 at 12:21 PM
To "Deemer, Bryan" <Bryan Deemer@corecivic com>

Thank you for your response. But I file everytime I file it's different allegations that has happened and being reported i can't understand why is the investigation only through the facility and not the inmates Afterall the employees at the facility is not going to report yes we have done such and such to admit that they are not following protocol
I don't know who is over Warden Perry but I spoke to Steve Gatling this morning & waiting to hear back from Mrs Minter Correctional Administrator to see what can be done because I don't feel as if anything is being done!! Core civic work with the facility so is anything really being investigated and how is it being handled??
[Quoted text hidden]

**Deemer, Bryan** <Bryan.Deemer@corecivic com>          Tue, Jun 6, 2023 at 9:32 PM
To Yoshiko Tucker <yoshikotucker39y@gmail.com>

Ms. Tucker,

Your report has been fully reviewed and is now closed. I can share that the medical issue you reported was immediately corrected, and that Warden Perry met with Mr. Tucker and they both agreed on his housing assignment. Further, the investigation did not substantiate the allegations that Warden Perry or other staff cursed at Mr. Tucker. Finally, an "incompatible" is something filed between inmates who are unsafe to be around each other An "incompatible" cannot be filed against a Warden If you desire to request a transfer for Mr Tucker, you will need to contact the Tennessee Department of Corrections (TDoC) in order to do so

Thank you for your report

Case 1:23-cv-00037     Document 112     Filed 03/24/26     Page 77 of 102 PageID #: 1236

https //mail google com/mail/u/0/?ik=172f605860&view=pt&search=all&permthid=thread-f 1766054576437638124&simpl=msg-f 17660545764376381     2/3

[Quoted text hidden]
[Quoted text hidden]

**Yoshiko Tucker** <yoshikotucker39y@gmail com>                    Thu, Jun 8, 2023 at 6 49 AM
To "Deemer, Bryan" <Bryan Deemer@corecivic com>

This is PROPOSTRSOUS!!! How did it go?you guys come to the conclusion no staff cursed him out?!! Do you actually think they are going to agree & say yes we did it???You core civic employees work together and cover up for each other You ask the employees in the investigation & you expect them to say yes it was done??!! Why do this company have a family complaint line when all investigations is done solely for the sake to cover up the facility mishaps thos is a joke

[Quoted text hidden]

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 78 of 102 PageID #: 1237

https //mail google com/mail/u/0/?ik=172f605860&view=pt&search=all&permthid=thread-f 1766054576437638124&simpl=msg-f 17660545764376381          3/3



# CoreCivic Report 1616aa23

Deemer, Bryan 5/14/2023

to me

Ms Tucker,


Thank you for your recent report to CoreCivic  I've spoken to the facility about your concerns.  The Medical team has shared that due to a blood pressure medication backorder, your brother was provided his blood pressure bills each day as prescribed  He normally has the meds as a "keep on person" and once the order was received, he was given the medications to have on his person


Regarding his housing assignment, I've been informed that Mr Tucker has been moved to the Annex again


Thank you for your report


Bryan Deemer

Director Ethics & Compliance

CoreCivic Facility Support Center

  

 



The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail This email has been scanned for content and viruses by the Symantec Email Security cloud service



Yoshiko Tucker 5/15, 2023

to Deemer

Thank you for the update I've spoken to him today and they just moved him but in reality I put my investigation report I didn't want the medical staff to be contacted about the situation but again I guess core civic staff cover for each other



image001 png

# EXHIBIT
# 15

pain, temporary illness, or impairment of the function of a bodily member, organ, or mental faculty.

D. Serious Physical Injury: Physical injury resulting in prolonged unconsciousness, obvious disfigurement, protracted loss or substantial impairment of a function of a bodily member, organ, or mental faculty or one which carries a substantial risk of death, and usually requires hospitalization. E. Threatened Violence: A threat, whether verbal or physical, explicit, or implied.

V. POLICY: Punishment imposed for the commission of a disciplinary offense shall be related to the seriousness of the offense and administered uniformly and impartially throughout all institutions. Corporal punishment is prohibited as a form of punishment.

VI. PROCEDURES:

A. The attached chart sets forth the guidelines for the maximum number of sentence credits which may be taken and the maximum term of punitive segregation which may be imposed for the commission of disciplinary offenses of various classes. When the inmate has not earned the Effective Date: November 1, 2021   Index # 502.02   Page   2   of   7 Subject:    DISCIPLINARY PUNISHMENT GUIDELINES

number of credits designated by the disciplinary board to be taken, Sentence Computation Services will extend the Release Eligibility Date (RED) date by the exact amount indicated on the TDOC Sentence Credit/Extension Actions, CR-3298. (See Policy #505.01) Sanctions which permit the restriction of privileges, extra duty, etc., are outlined in Policy #502.01.

The horizontal axis specifies the number and type(s) of offenses previously committed. The vertical axis sets forth the offense for which the inmate has just been convicted. Maximum punishment for a specific offense is set forth where the two axes intersect.

The imposition of a harsher penalty shall be sustained only if the offense

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 82 of 102 PageID #: 1241

# EXHIBIT

# 16

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 83 of 102 PageID #: 1242



 TENNESSEE DEPARTMENT OF CORRECTION
**REQUEST FOR PROGRAM DISMISSAL**

SCCF
_____
INSTITUTION

DATE: 5 5-23

TO: Boverb Ashley , Inmate Job Coordinator

FROM: Kovach Stephen

INMATE NAME Tucker    TDOC #: 382662

I hereby request that the above inmate be dismissed from his/her position as a ACCU
_____ because:

Inability to perform the skills of the program as evidenced by: _____

_____

_____

_____ Change in custody level / medical status

_____ Excessive tardiness  Inmate was tardy on the following days _____

__X__ Other  Removed from Copex per Warden
on 4-25-23

Dismissal is effective _____

Comments: _____

_____

_____

Approved  X    Denied _____        Approved  X    Denied _____

Not Legible                            Not Legible
_____                _____
Job Coordinator                        Warden/Designee

5/5/23                                 5/7/23
_____                _____
Date                                   Date

CR-3054 (Rev 8-08)    White-Institutional File   Canary-Supervisor   Pink-Inmate (If dismissal is approved)    RDA 1167

# EXHIBIT
# 17

6    Non-Disciplinary Dismissals or Demotions

    a.    Documentation of the problems and the attempts to correct them shall be provided  OMS Contact Notes contact type IJOB shall be used for this documentation  A minimum of three notes must be entered in OMS prior to consideration of a non-disciplinary dismissal or demotion request Examples of types of documentation may include a record of verbal counseling/warning, written warning, tardiness, and/or Notice of Denial of Program Credits, CR-3224  Reasons shall be documented on OMS Job/Class Terminations.

    b    Full Program Sentence Credits shall not be awarded if it conflicts with the Contact Note or Program Note

    c    TRICOR employees shall also enter the documentation in the OMS Contact Notes  Other state agencies utilizing inmate workers off institutional grounds shall provide written documentation if they do not have access to OMS  Work crew supervisors who monitor inmates that work for other agencies shall make the appropriate entries  Directives from Central Office administration shall be documented in the OMS  Reasons for dismissals or demotions may also be documented on Request for Program Dismissal. CR-3054  Reasons may include, but are not limited to

        (1)    Failure due to inability to perform the skills of the position.  This shall result in a non-disciplinary dismissal or demotion when supervisory attempts of assistance or correction are unsuccessful Documentation of the failure must be specific. The term "probation" is not an acceptable reason for a job dismissal

        (2)    Inmates showing no academic progress as documented in Policy #117 02

        (3)    If it is felt that the inmate's continued presence in the work area is detrimental to the morale of the work force or the productive operation of the area, or to the security and safety of the institution, an inmate may receive a non-disciplinary dismissal upon recommendation of the supervisor or other appropriate staff Specific reason(s) for the dismissal shall be documented   A request for dismissal due to one instance usually requires a disciplinary dismissal.

        (4)    The Warden/Superintendent can terminate an inmate's program assignment based on their participation in any STG related activity if it is deemed to present a risk to the safety, security, or orderly operation of the facility.   The Warden/Superintendent/designee shall use OMS Conversation LCDG Contact Notes, (Contact Type STGI), to document specific reasons  (See Policy #506 25)

        (5)    Whenever an inmate becomes ineligible due to change in custody level, housing assignment, etc , appropriate action (dismissal,

Case 1:23-cv-00037     Document 112     Filed 03/24/26     Page 86 of 102 PageID #: 1245

reassignment, deletion from/addition to register, etc ) shall be taken by the IJC   Inmates shall not receive a housing assignment change for the purpose of terminating their assignment

d     If an inmate is away from or it is projected that an inmate will be away from his/her assigned position 30 days or more (i e , out to court or medically restricted), or if a recommendation for administrative segregation or protective custody of the inmate is approved, a non-disciplinary dismissal may immediately be processed to allow the position to be refilled   Subsequent changes in such inmate's availability to participate in that program should not result in displacement of the inmate's successor in the position   The dismissed inmate may be considered at the top of the register for the next vacant position, unless he/she is away from the institution for over 60 days

e     Inmates missing an unacceptable amount of work for the excused reasons as listed in Policy #504.04 may be subject to a non-disciplinary dismissal if the absences result in the inability of the work area to meet production or operation expectations.

f     Inmates who are convicted of disciplinary infractions that are not directly related to their program assignment may receive a non-disciplinary dismissal if that conviction affects their eligibility for the assigned position, or if the conviction results in articulable security concerns that render the assignment inappropriate   Reasons shall be documented on OMS, Contact Notes, Contact Type IJOB.

g.    An inmate may be recommended for dismissal from a position for conviction of a disciplinary infraction committed while already at or scheduled to be at his/her assigned program area, or if the infraction is directly linked to the inmate's position   Dismissal of a disciplinary report does not preclude subsequent non-disciplinary dismissals.

h     A documented pattern of assignment-related rule infractions may be grounds for a supervisor to request a non-disciplinary dismissal for an inmate

i     Inmates may receive non-disciplinary dismissals or transfers from a work area if the size of the workforce needed is reduced for any reason

(1)    If the work area is a TRICOR job, dismissal, layoff, and rehire procedures will be explained to those inmates who are affected   Inmates will be laid off and called back by seniority based upon their job title   The TRICOR manager shall provide the IJC with a list of inmates who were laid off and dates they were laid off   He/she will also notify the job coordinator when an inmate is called back to work

Case 1:23-cv-00037     Document 112     Filed 03/24/26     Page 87 of 102 PageID #: 1246

# EXHIBIT

# 18

| STRONG-R Case Plan | TDOC ID # | CASE MANAGER | AUDIT TYPE |
|---|---|---|---|
| **TUCKER, FREDRICK L** | 00382662 | TOMMY GREGG | Initial |
| | DOB | SUPERVISION | AUDIT DATE |
| | 05/14/1975 | | 05/23/2024 |

## Assessment Results

LOW

| Assessment | **STRONG-R** |
|---|---|
| Assessment Date | **05/20/2024** |
| Performed By | **TOMMY GREGG** |



| High | | | | | Low | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 73% | | | | | 28% | 27% | 25% | 5% | 4% |
| Mental Health | Attitudes/ Behaviors | Education | Aggression | | Residential | Alcohol/ Drug Use | Employment | Friends | Family |

## Recommended Treatment Pathways

1. Vocational
2. Basic Supervision & Support

## Traditional Programs

No traditional programs exist

## Digital Programs

No digital programs exist

## Goals & Action Steps

| Domain | Goal | Action Steps | Start Date | Target Date | Status |
|---|---|---|---|---|---|
| Residential | **Reentry Resources** | Utilize reentry to create positive home plan to be successful upon release | 05/20/2024 | 05/31/2025 | Assigned |
| Mental Health | **Maintain good Mental Health** | Follow recommendations of FSW | 05/21/2024 | 05/31/2025 | In Progress |
| N/A | **Complete Vocational** | N/A | TBD | TBD | Assigned |

Powered by VANT GE

Signatures

Subject Name  TUCKER, FREDRICK L
Subject Signature:                                                                                    Date 05/23/2024

Case Manager Name· TOMMY GREGG
Case Manager Signature·                                                                               Date 05/23/2024

Supervisor Signature                                                                                  Date 05/23/2024

Powered by VANT GE

# EXHIBIT
# 19

1    Each Warden/Superintendent shall appoint a minimum of six institutional employees who shall serve as members of the disciplinary board to hear all Class A disciplinary offenses and Class B offenses for which accumulated sentence credits may be taken, i e , where good conduct credits are applied to an inmate's sentence (Accumulated Prisoner Performance Sentence Credits (PPSC) and Prisoner Sentence Reduction Credits (PSRC) may not be taken for Class B infractions )

2    The Warden/Superintendent shall designate one member, normally a sergeant [senior correctional officer (SCO)] or assistant shift supervisor as approved by TDOC for privately managed facilities), as chairperson and at least one alternate

3    Contract employees and TRICOR staff are excluded from serving as board members.

4    The disciplinary board shall function as a subcommittee of the classification committee.  It is the responsibility of the chairperson to initiate reclassification recommendations as deemed appropriate by the majority of the board  The members and chairperson shall be appointed for a six-month term and may be reappointed additional terms at the Warden's/Superintendent's discretion  Hereinafter, the disciplinary board of the classification committee will be referred to as "the board "  The Warden/Superintendent shall cause all disciplinary board members to be entered onto Board/Committee Members (LIBM)

   a    The chairperson shall designate board members on a hearing-by-hearing basis and in a manner such that each hearing is conducted by one ranking correctional officer and one employee each from two other job classifications

   b    The chairperson and board members shall receive training in disciplinary procedures before participating in any hearings  Lesson plans are required for this training and shall be documented in the employee's training file  The chairperson shall be responsible for providing updated training when revisions are made to the disciplinary procedures policy

5    No employee shall be permitted to sit on the panel of the board hearing a given case if any of the following conditions exist

   a    He/she is the reporting employee

   b    He/she participated directly in the investigation

   c    He/she has personal knowledge concerning the case, except in those instances where knowledge of the incident is so widespread as to be known by most employees (i e , common knowledge)

   d    He/she has a personal interest in the outcome of the case

   e    He/she is the inmate's assigned counselor, unit sergeant, or unit manager

6    The disciplinary board shall be convened on a schedule established by the Warden/Superintendent, who shall ensure the following

# EXHIBIT

# 20

# TENNESSEE DEPARTMENT OF CORRECTION
## DISCIPLINARY REPORT HEARING SUMMARY

SCCF
**INSTITUTION (TOMIS SITE ID)**

1581008
**DISCIPLINARY INCIDENT NUMBER**

**OFFENDER NUMBER:** 382662

**INMATE NAME (LAST)** (14 characters): Tucker
**FIRST** (10 characters): Frederick
**MI:**

**ADVISOR NUMBER:** 374804

**INMATE ADVISOR NAME (LAST)** (14 characters): Wilchfield
**FIRST** (10 characters): Roy
**MI:**

### DATE OF HEARING
**MO:** 5 **DAY:** 14 **YEAR:** 23 **TIME:** 1425

**PLACE OF HEARING INSTITUTION:** SCCF

**INMATE'S PLEA** GUILTY – Y / (NOT GUILTY – N): N

---

## COMMITTEE DECISION

(GUILTY – Y)  NOT GUILTY – N  APPEALED – Y  NOT APPEALED – N

U G

**DISCIPLINARY ACTION DATE** (MONTH, DAY, YEAR): 5/14/23

**CLASS OF INFRACTION** (A, B, or C): B

**PROBATION END DATE** (MONTH, DAY, YEAR):

**ENTERED BY** _____ 5/14/23 DATE  **VERIFIED BY** _____ DATE

---

## PRELIMINARY INQUIRY

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice  ☐ Yes  ☐ No
   Refused to Sign
   _Inmate Signature_ — Number — Date
   b. I agree to waive the right to have the reporting official present.  ☐ Yes  ☐ No
   Refused to Sign
   _Inmate Signature_ — Number — Date
   c. I agree to waive the right to call witness (es) on my behalf  ☐ Yes  ☐ No
   Refused to Sign
   _Inmate Signature_ — Number — Date

2. **CONTINUANCE:**
   a. Was case previously continued?  ☑ Yes  ☐ No
   b. If yes, when and at whose request?  5/12/23 I/m

3. **CUSTODY PENDING HEARING**
   a. Was inmate held in segregation/more restrictive setting pending hearing?  ☑ Yes  ☐ No
   b. If yes, when was he/she placed in segregation?  5/10/23

4. When was inmate given offense citation?  5/12/23

5. Is inmate represented by inmate advisor?  ☑ Yes  ☐ No   By staff advisor?  ☐ Yes  ☑ No

6. Has inmate or inmate advisor had adequate time to prepare defense?  ☑ Yes  ☐ No

CR-1834 (Rev 11-10)
Page 1 of 2 Pages
White-Institution    Canary- Institution    Pink-Inmate    RDA – 1167

Case 1:23-cv-00037   Document 112   Filed 03/24/26   Page 94 of 102 PageID #: 1253

**SCCF**
INSTITUTION (TOMIS SITE ID)

**DISCIPLINARY INCIDENT NUMBER** 1581008

**OFFENDER NAME:** Tucker, Frederick

**TDOC NUMBER:** 382662

## HEARING

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

_____ _____
Inmate Signature                                    Date

**Attach CR3171 Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

Witness(es) for Offender                     Witness(es) Against Offender

_____              _____

_____              _____

Written Statement(s) submitted ☐ Yes ☑ No

Written Statement(s) submitted ☐ Yes ☑ No
Form CR3510 completed ☐ Yes ☑ No
Form CR3510 received by disciplinary board ☐ Yes ☑ No

OTHERS PRESENT:

STATEMENT OF ACCUSED: I/m pled not guilty

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)
INTERNAL AFFAIRS REPORT AVAILABLE. ☐ Yes ☑ No

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS I/m guilty of Refused Cell assignment based on statement he would not take a bed on the compound.

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION: I/m guilty of Class B Refused Cell Assignment 5 days punitive Segregation $4.00 fine

## RECOMMENDATION OF LOSS OF.

Good/Honor Time ☐        Good Conduct ☐                     (Amount) _____

Incentive Time ☐        Prisoner Performance Sentence Credits (PPSC) ☐   (Amount) _____

Prisoner Sentence Reduction Credits (PSRC) ☐                  (Amount) _____

_____              5/19/23
Disciplinary Board Chairperson/Hearing Officer Signature        Date

_____              _____
Member                                              Date

_____  5/22/23        _____
Member                                              Date

CR-1834 (Rev 11-10)     White-Institution     Canary-Institution     Pink-Inmate     RDA – 1167
Page 2 of 2 Pages



**TENNESSEE DEPARTMENT OF CORRECTION**

**D I S C I P L I N A R Y   C O N T I N U A T I O N**

DATE  5/19/23                 DISCIPLINARY NUMBER  1581008

NAME (LAST) (14 characters)        FIRST (10 characters)        MI

Tucker                             Frederick

OFFENDER NUMBER.  382662

ATTACH TO: _____ BIO1DO26 _____ CR-1833 _____ CR-1834

Otto Clark : Are you willing to take a bed on the compound?

I/m Tucker: Hell no

I/m Tucker: This is all retaliation I was removed from the annex for no reason with no cause

_____
Signature of Reporting Employee

_____
Inmate Signature

5/19/23
Date

_____
Date



5-19

# TENNESSEE DEPARTMENT OF CORRECTION
## DISCIPLINARY CONTINUATION

DATE ___5/12/23___    DISCIPLINARY NUMBER ___158008___

NAME (LAST) (14 characters)    FIRST (10 characters)    MI

| Tucker | Frederick | |

OFFENDER NUMBER ___382662___

ATTACH TO: _____ BIO1DO26    _____ CR-1833    _____ CR-1834

Continue no more than 7 days per inmate
to prepare defense.

_____
Signature of Reporting Employee

_____    ___5/12/23___
Inmate Signature    Date

___5/12/23___
Date

CR-1831 (7-01)    White-Institutional File    Canary & Pink-Inmate    RDA – 1167

Case 1:23-cv-00037    Document 112    Filed 03/24/26    Page 97 of 102 PageID #: 1256

OFFENDER NAME    TUCKER, FREDRICK L
TOMIS ID.  00382662
INSTITUTION NAME.  SOUTHCENTRAL CORRECTIONAL CENTER
UNIT ID:  HB1
CELL ID:  01

INCIDENT
    INCIDENT ID   01581008
        INCIDENT DATE·  05/10/2023            INCIDENT TIME:  23:10 00
        INCIDENT TYPE·  REFUSED CELL ASSIGNMENT
        DISCIPLINARY CLASS
        INFRACTION TYPE   REFUSED CELL ASSIGNMENT
        WEAPON USED
        VIOLENCE COMMITTED.  NO VIOLENCE
        PREPARED BY STAFF ID:  PIERCI01
        REPORTED BY STAFF ID   SOARAN01

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  SOARAN01
        PERSON TYPE    S
        INJURED (Y/N).  N
    PERSON ID.  00382662
        PERSON TYPE.  O
        INJURED (Y/N):  N

Staff Serving: _____
Date: _____5/12/23_____
Time:: _____1247_____
Advised of Rights: ____Yes_____
Inmate Advisor: ____Any_____

```
TOMIS ID.  00382662        INCIDENT ID   01581008
OFFENDER NAME:  TUCKER, FREDRICK L

DESCRIPTION
  ON 5/10/2023 AT APPROXIMATELY 2310, I, S C/O SOARES OFFERED INMATE
  TUCKER #382662 A BED ON THE COMPOUND AND HE REFUSED. THEREFORE, I AM
  CHARGING SAID INMATE WITH RCA.TDOC 0825

  PREPARED BY STAFF ID   PIERCI01  PIERCE, CIERRA
  REPORTED BY STAFF ID.  SOARAN01  SOARES, ANTHONY
```

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR

_____Refused_____                    ___5/12/13  1247___
OFFENDER SIGNATURE                         DATE/TIME
TUCKER, FREDRICK L                                  00382662

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT

_____                    ___5/12/23  1247___
EMPLOYEE INITIALS, IF REPORTING            DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME

BI01MGL
SCCF
PIERCI01

TENNESSEE DEPARTMENT OF CORRECTION
T O M I S
DISCIPLINARY REPORT

DATE  05/11/2023
TIME·  19 05
PAGE    03

TOMIS ID   00382662       INCIDENT ID   01581008
OFFENDER NAME·  TUCKER, FREDRICK L.

_Soaves_
REPORTING OFFICIAL

_5·10 23 / 2310_
DATE/TIME

_Pierce_
PREPARED BY

_9-11 23 / 1905_
DATE/TIME

_(signature)_
REVIEWING DESIGNATED SUPERVISOR

_5/12/23   08⁵⁵_
DATE/TIME

IF PLACED IN SEGREGATION

_IDCC minter_
SENIOR SECURITY OFFICER

_5·10·23 / 0825_
DATE/TIME

_____        _____
WARDEN (SEGREGATION PENDING INVESTIGATION)      DATE/TIME

# CERTIFICATE OF SERVICE

I, Fredrick Tucker, hereby certify that a true and correct of the foregoing has been forwarded to: Attorney Nathan Tilley - 162 Murray Guard Drive Suite B, Jackson, Tenn. 38305, on March 24, 2026.

Fredrick Tucker
Fredrick Tucker

FREDRICK TUCKER
5160 RICE ROAD
          APT. 248
ANTIOCH, TN. 37013

CLERK OF THE COURT
U.S. DISTRICT, MIDDLE DIST.
801 BROADWAY Rm 800
U.S. Courthouse
NASHVILLE, TN. 37203