**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **FREDRICK TUCKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:23-cv-00037** |
| | ) | |
| **GRADY PERRY, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Report & Recommendation (Doc. No. 114) is **APPROVED AND ADOPTED**. Defendant Warden Grady Perry's Motion for Summary Judgment (Doc. No. 97) is **GRANTED**, and this case is **DISMISSED**.

This is a final order. The Clerk is directed to enter judgment under Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE